### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **M D** | **CIVIL ACTION NO.  6:22-CV-02089** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

<u>**ORDER**</u>

In light of the representations made by Plaintiffs that as of October 26, 2022, they "obtained service of process on the attorney general and the Office of Risk Management (ORM)" (Rec. Doc. 30, 51) which were asserted in opposition to DEFENDANTS' MOTION TO DISMISS BASED ON INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION (Rec. Doc. 19) filed by Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (LSU Board); and DEFENDANT'S MOTION TO DISMISS BASED ON INSUFFICIENT SERVICE OF PROCESS (Rec. Doc. 41) filed by Defendant Board of Supervisors of the University of Louisiana System (ULS);

IT IS ORDERED that Plaintiffs have fourteen (14) days to file into the record proof of notice sent to the attorney general and the ORM. Once filed, the LSU Board and ULS have fourteen (14) days to file responsive pleadings regarding whether their respective motions are rendered moot.

Signed at Lafayette, Louisiana on this 14th day of July, 2023.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE