UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**M D**                                          **CIVIL ACTION NO.  6:22-CV-02089**

**VERSUS**                                       **JUDGE DAVID C. JOSEPH**

**LOUISIANA BOARD OF REGENTS**      **MAGISTRATE JUDGE DAVID J. AYO**
**ET AL**


### ORDER

Before the Court is PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT. (Rec. Doc. 36). Defendants Lafayette Consolidated Government; Lafayette Police Department; Former Interim President Thomas C. Galligan, Jr.; President William F. Tate, IV; and Louisiana Board of Regents do not oppose this motion. Defendants Louisiana State University Board of Supervisors and Fieldon Alexander take no position as to whether leave should be granted. (Rec. Doc. 36).[1] As is the custom of this Court, it is hereby

ORDERED that PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT is GRANTED.

Based on review of the record in this matter, this Court finds that the following pending pre-amendment motions to dismiss should be and are now DENIED as MOOT:[2]

---

[1] The remaining defendants expressed no position on whether they opposed this motion but filed no opposition to it.

[2] Steven S. Gensler, *Federal Rules of Civil Procedure, Rules and Commentary Rule 15*; *Beroid v. LaFleur*, Civ. Act. No. 21-cv-516, 2022 WL 396165 (Jan. 24, 2022) (adopted by 2022 WL 393630 (Feb. 8, 2022); *Deshotel v. PayPal, Inc.*, Civ. Act. No. 19-cv-0373, 2019 WL 4010992 (W.D. La. Aug. 22, 2019); *Ultravision Technologies, LLC v. Eaton Corp., PLC*, 2019 WL 11250161, *1 (E.D. Tex. Nov. 8, 2019)

- MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED filed by the Lafayette City-Parish Consolidated Government (Rec. Doc. 11),

- MOTION TO DISMISS FILED ON BEHALF OF LSU PRESIDENTS, THOMAS C. GALLIGAN, JR. AND WILLIAM F. TATE, IV (Rec. Doc. 20),

- BOARD OF REGENTS' MOTION TO DISMISS COMPLAINT filed by the Louisiana Board of Regents (Rec. Doc. 26), and

- MOTION TO DISMISS FILED ON BEHALF OF DEFENDANT, DR. FIELDON KING ALEXANDER (Rec, Doc. 28).

IT IS FURTHER ORDERED that Defendants may file new motions to dismiss in response to Plaintiffs' amended complaint, if desired.

   Signed at Lafayette, Louisiana on this 14th day of July, 2023.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

---

(collecting cases); *Probado Technologies Corp. v. Smartnet, Inc.*, 2010 WL 918573, *1 (S.D. Tex. Mar. 12, 2010).