UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., et al. | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, | § | |
| LOUISIANA STATE UNIVERSITY | § | MAGISTRATE JUDGE DAVID J. |
| BOARD OF SUPERVISORS, et al. | § | AYO |
| | § | |
| | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW INTO COURT, through the undersigned counsel, come Movants, Thomas C. Galligan, Jr., ("Galligan"),[1] William F. Tate, IV ("Tate"), and Dr. Fieldon King Alexander ("Alexander") (collectively "Movants"), who appear solely for the purpose of requesting an extension of time to respond to Plaintiffs', M.D.'s, J.B.'s, P.P.'s, and Jane Does 1-100's (collectively, "Plaintiffs"), First Amended Complaint (Doc. No. 70). The Movants request an additional twenty-one (21) days from the original deadline of July 31, 2023 to file response pleadings up to and including August 21, 2023. Movants submit good cause exists for this motion for extension of time as the undersigned was recently informed by counsel for Plaintiffs that Plaintiffs intend to file a Second Amended Complaint in substitution of Plaintiffs' First Amended Complaint, thereby making the Second Amended Complaint the operative Complaint in this matter. The parties recognize that any responsive pleadings filed in response to the First Amended Complaint would therefore be rendered moot.

---

[1] See Doc. No. 1, p. 1 and 14, Thomas C. Galligan, Jr. was improperly identified at Tom Galligan.

Counsel for the Plaintiffs, Jessica Fickling, contacted undersigned counsel on July 18, 2023, and indicated Plaintiffs would like to file a Second Amended Complaint in lieu of Defendants responding to the operative First Amended Complaint.[2] Because Plaintiffs do not anticipate circulating a draft of the Second Amended Complaint until on or about July 28, 2023, Movants now seek this extension of time of twenty-one days to file responsive pleadings to allow sufficient time for Plaintiffs to file their Second Amended Complaint into the record.

On July 24, 2023, undersigned counsel for Movants contacted counsel for Plaintiffs regarding the filing of this motion and counsel for Plaintiffs indicated that she does not oppose this request.

Dated: July 25, 2023

Respectfully submitted,

*/s/Christine S. Keenan*
**CHRISTINE S. KEENAN** (No. 23293)
**ERIC R. MILLER** (No. 21359)
**ELIZABETH BAILLY BLOCH** (No. 37591)
**MARY KATHRYN GIMBER** (No. 38748)
THE KULLMAN FIRM APLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana  70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
Email: EM@kullmanlaw.com
         CSK@kullmanlaw.com
         EBB@kullmanlaw.com
         MKG@kullmanlaw.com

**Counsel For Movants,**
**Thomas C. Galligan, Jr., William F. Tate, IV**
**and Dr. Fieldon King Alexander**

---

[2] Exhibit 1, *in globo* Email Correspondence between Christine Keenan and Jessica Fickling seeking extension of time to file responsive pleadings.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 25th day of July 2023, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

                                               */s/Christine S. Keenan*
                                               Christine S. Keenan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | **CIVIL ACTION NO. 6:22-cv-002089** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

## RULE 7.9 CERTIFICATE

I hereby certify that on July 24, 2023, I contacted counsel for the Plaintiffs, Jessica Fickling, via email to request any opposition or consent to the Movants' motion for extension of time. Ms. Fickling consented to the extension requested in this motion.

*/s/Christine S. Keenan*
Christine S. Keenan