**Mary K. Gimber**

| | |
|---|---|
| **From:** | Jessica Fickling <jfickling@stromlaw.com> |
| **Sent:** | Monday, July 24, 2023 12:22 PM |
| **To:** | Christine S. Keenan |
| **Cc:** | Pride Doran; Nahshon Route; Matt Robins; Mary K. Gimber; Eric Miller; Jennifer Leininger; Bakari Sellers; Elizabeth Abdnour; Elizabeth B. Bloch |
| **Subject:** | RE: RE: M.D. v. LSU Board of Supervisors - Proposed First Amended Complaint |

**\*\*\* EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments. \*\*\***

No objection at all. We anticipate being able to provide a copy of the draft 2nd amended before close of business on Friday of this week.



**Jessica Lerer Fickling**
Attorney

6923 N. Trenholm Road, Suite 200, Columbia, SC 29206

T 803.744.9956
jfickling@stromlaw.com   www.stromlaw.com

    See our disclaimer

"The greatest compliment you can give us is the referral of a loved one or friend. Thank you for your trust."

Confidentiality Notice: This message is intended for the individual or entity to which it is addressed. This communication may contain information that is proprietary, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (803) 252-4800 or reply to this e-mail and delete all copies of this message.

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

**From:** Christine S. Keenan <csk@kullmanlaw.com>
**Sent:** Monday, July 24, 2023 1:20 PM
**To:** Jessica Fickling <jfickling@stromlaw.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; Nahshon Route <Nahshon@doranlawfirm.com>; Matt Robins <MRobins@stromlaw.com>; Mary K. Gimber <MKG@kullmanlaw.com>; Eric Miller <em@kullmanlaw.com>; Jennifer Leininger <jleininger@stromlaw.com>; Bakari Sellers <BSellers@stromlaw.com>; Elizabeth Abdnour <elizabeth@abdnour.com>; Elizabeth B. Bloch <ebb@kullmanlaw.com>
**Subject:** RE: RE: M.D. v. LSU Board of Supervisors - Proposed First Amended Complaint

Jessica:

Our answer to the first amended complaint is due on Monday, July 31.  I understand that you anticipate filing a second amended complaint.  I assume you would have no objection to our requesting an extension of time to respond to the first amended

**EXHIBIT 1**

complaint to allow you sufficient time to get the second amended complaint on file?  Do you have any idea as to how long that might be?  Let me know if we need to hop on a call to discuss.

Thanks!

Christine

**Christine S. Keenan, Esq.**
**THE KULLMAN FIRM**
T:  225-906-4250 | D: 225-906-4248
CSK@kullmanlaw.com

---

**From:** Jessica Fickling <jfickling@stromlaw.com>
**Sent:** Tuesday, July 18, 2023 10:32 AM
**To:** Elizabeth B. Bloch <ebb@kullmanlaw.com>
**Cc:** Pride Doran <Pride@doranlawfirm.com>; Nahshon Route <Nahshon@doranlawfirm.com>; Matt Robins <MRobins@stromlaw.com>; Mary K. Gimber <MKG@kullmanlaw.com>; Christine S. Keenan <csk@kullmanlaw.com>; Eric Miller <em@kullmanlaw.com>; Jennifer Leininger <jleininger@stromlaw.com>; Bakari Sellers <BSellers@stromlaw.com>; Elizabeth Abdnour <elizabeth@abdnour.com>
**Subject:** RE: RE: M.D. v. LSU Board of Supervisors - Proposed First Amended Complaint

<span style="color:red">*** **EXTERNAL EMAIL: Exercise caution before clicking on links or opening attachments.** ***</span>

Elizabeth,

I hope you're doing well. Now that we finally have some clarification from the Court, Plaintiffs have a second amended complaint that we would like to file in lieu of Defendants responding to the first amended. We will be circulating the draft within the next 10 days and would very much appreciate your consent to filing as a substitute to the first amended. We are happy to work with you on a deadline for any responsive pleading. Thank you in advance for your continued cooperation.

Sincerely,



Jessica Lerer Fickling
Attorney

6923 N. Trenholm Road, Suite 200, Columbia, SC 29206
T 803.744.9956
jfickling@stromlaw.com   www.stromlaw.com

 See our disclaimer