## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | **CIVIL ACTION NO. 6:22-cv-002089** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

## PROPOSED ORDER

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings;

IT IS HEREBY ORDERED THAT Thomas C. Galligan, Jr., William F. Tate, IV, and Dr. Fieldon King Alexander be and are hereby granted an additional twenty-one (21) days, through and including August 21, 2023, within which to file responsive pleadings relative to the First Amended Complaint filed by the Plaintiffs, M.D., J.B., P.P. and Janes Doe 1-100, in the above-captioned matter.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE