**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **M.D., et al.** | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| **VERSUS** | § | |
| | § | JUDGE DAVID C. JOSEPH |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | MAGISTRATE JUDGE DAVID J. |
| **BOARD OF SUPERVISORS, et al.** | § | AYO |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER REGARDING PROOF OF SERVICE ON THE ATTORNEY GENERAL AND OFFICE OF RISK MANAGEMENT**

Pursuant to this Court's Order, dated July 14, 2023 [ECF No. 68], the Plaintiffs herewith file this response regarding proof of service of notice sent to the Attorney General and ORM. Attached and filed herewith as Exhibit A is Proof of Service dated October 18, 2022 for service on Attorney General Jeff Landry on behalf of the Louisiana State Board of Supervisors. Additionally filed herewith as Exhibit B is Proof of Service dated October 18, 2022 for service on Attorney General Jeff Landry on behalf of the Louisiana State Board of Regents. Attached and filed herewith as Exhibit C is Proof of Service dated October 26, 2022 for Proof of Service on the Louisiana Office of Risk Management.

Respectfully submitted,

**DORAN & CAWTHORNE, P.L.L.C.**

*/s/ Pride J. Doran*
Pride J. Doran (#25035)
Nahshon J. Route (#37848)
529 E. Landry Street (70570)
Post Office Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax: (337) 948-0098
Email: pride@doranlawfirm.com
nahshon@doranlawfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system this 27th day of July, 2023.

*/s/ Pride J. Doran*
Pride J. Doran