# Exhibit B

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **6:22-cv-02089**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Louisiana Board of Regents**
was recieved by me on  **10/18/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Jeff Landry**, who is designated by law to accept service of process on behalf of **Louisiana Board of Regents10/18/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 100.00** for services, for a total of **$ 100.00**.

I declare under penalty of perjury that this information is true.

Date:   11/01/2022

*Server's signature*

**Marcus Constantine**
*Printed name and title*

**207 BOTTLEBRUSH LANE**
**CARENCRO, LA 70520**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.   server was also given Mrs. Jennifer Hebert's business card.**




Tracking #: **0095912770**