# Exhibit C

Civil Action No.    **6:22-CV-02089**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **University of Louisiana System Board of Supervisors c/o A Gregory Rome or person authorized to** was recieved by me on   **10/25/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Kecia  Neal(Business Operations Director)**, who is designated by law to accept service of process on behalf of **University of Louisiana System Board of Supervisors c/o A Gregory Rome or person authorized to accept service at Louisiana Office of Risk Managment10/26/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date:   10/26/2022

*Server's signature*

**Marcus Constantine**
*Printed name and title*

**207 BOTTLEBRUSH LANE
CARENCRO, LA 70520**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kecia  Neal(Business Operations Director) who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'-5'4" tall and weighing 80-120 lbs.**




Tracking #: **0095594327**