UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and <br> JANE DOES 1-100 | * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO.: 6:22-cv-02089-DCJ-DJA |
| LOUISIANA BOARD OF REGENTS, <br> LOUISIANA STATE UNIVERSITY <br> BOARD OF SUPERVISORS, UNIVERSITY <br> OF LOUISIANA BOARD OF <br> SUPERVISORS, LAFAYETTE <br> CONSOLIDATED GOVERNMENT, <br> LAFAYETTE POLICE DEPARTMENT, <br> JOSEPH SAVOIE, LES GUICE, FIELDON <br> KING ALEXANDER, TOM GALLIGAN, <br> WILLIAM F. TATE, THOMAS GLOVER, <br> And JOHN/JANE DOE CHIEFS OF <br> POLICE, individually and in their <br> official capacities | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE: <br> DAVID C. JOSEPH <br><br> MAGISTRATE JUDGE: <br> DAVID J. AYO |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PROPOSED ORDER

Considering the Motion for Clarification and for Extension of Time to Respond to Plaintiffs' Amending Complaints filed by Defendants, JOSEPH SAVOIE and LES GUICE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court's Order granting leave of Court to Plaintiffs to file the First Amended Complaint and dismissing as moot designated and listed pre-amendment motions (Doc. 69) did not dismiss the Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendants, JOSEPH SAVOIE and LES GUICE (Doc. 36).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, JOSEPH SAVOIE and LES GUICE, are not required to re-file responsive pleadings to Plaintiffs' Amended Complaint (Doc. 70) until further order by this Court.

THUS DONE AND SIGNED at Lafayette, Louisiana this \_\_\_\_ day of _____ 2023.

_____
UNITED STATES DISTRICT COURT JUDGE