UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., et al. | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, | § | |
| LOUISIANA STATE UNIVERSITY | § | MAGISTRATE JUDGE DAVID J. |
| BOARD OF SUPERVISORS, et al. | § | AYO |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure (Fed.R.Civ.P.), and in the interests of justice, Plaintiffs in the above matter hereby move this Court for leave to file a Second Amended Complaint. Pursuant to Rule 15(a)(2), Fed.R.Civ.P., generally "a court should freely give leave when justice so requires." *See SkyRunner, LLC v. Louisiana Motor Vehicle Commission*, 495 F.Supp.3d 420, 428 (W.D.La. 2020) ("'Although a court may dismiss [a] claim, it should not do so without granting leave to amend, unless the defect is simply incurable or the plaintiff has failed to plead with particularity after being afforded repeated opportunities to do so'") (quoting *Hart v. Bayer*, 199 F.3d 239, 247 n.6 (5th Cir. 2000)); *see also Cotton Bros. Baking Co., Inc. v. Industrial Risk Insurers,* 690 F. Supp. 1541, 1547 ("It is well settled that 'grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court…[and] [s]uch leave, by the terms of Rule 15(a) and a legion of caselaw, 'shall be freely given when justice so requires'" (citing *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 330, 91 S.Ct. 795, 802, 28 L.E.2d 77, 87 (1971)).

By way of short procedural background, on November 4, 2022, Plaintiffs filed their motion for leave to file a first amended complaint. After that motion, but prior to this Court's

decision on same, in November of 2022, and in April 2023, Plaintiffs became aware of additional information making further amendment necessary. Consistent with Rule 15, Fed.R.Civ.P., a copy of the proposed second amended complaint has been included as an attachment to this motion.

This Court granted Plaintiffs' motion for leave to file the First Amended Complaint on July 18, 2023. Immediately thereafter, and pursuant to L.R. 7.6, Plaintiffs conferred with opposing counsel regarding the proposed second amended complaint. Counsel for Defendants Louisiana Board of Regents, Louisiana State Bord of Supervisors, Fieldon Alexander, Tom Gallifan, William Tate, Lafayette Consolidate Government, consent to this motion.

Counsel for Defendants University of Louisiana Board of Supervisors, Joseph Savoie, and Les Guice oppose the motion. Defendants have expressed that this opposition is based upon the fact that these Defendants' motions to dismiss the original complaint remain pending and Plaintiffs' proposed second amended complaint seeks to substantively amend the complaint with new information.

Plaintiffs submit that good cause exists to allow Plaintiffs leave to file the second amended complaint, and further that granting such leave will not impede the progress of this case. At this time, Defendants have not yet responded to the First Amended Complaint. Moreover, this amendment is timely. As such, Plaintiffs respectfully request that the Court grant leave to file the attached Second Amended Complaint as a substitute for the First Amended Complaint. A proposed Order granting Plaintiffs leave to file has been submitted per L.R. 7.4.1.

Now respectfully, Plaintiffs would ask that the Court grant Plaintiffs said leave.

Respectfully this 28th day of July 2023

WE SO MOVE:

**DORAN & CAWTHORNE, PLLC**

*/s/ Pride Doran*
Pride J. Doren (#25035)
Nahshon J. Route (#37848)
529 E. Landry Street (70570)
Post Office Box 2119
Opelousas, LA 70571
Phone: (337) 948-8008
Fax: (337) 948-0098
Email: pride@doranlawfirm.com
       nahshon@doranlawfirm.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

  Pursuant to LR 7.4.1, Plaintiffs have attempted to obtain and/or have obtained consent for the filing and granting of this motion from all parties having an interest to oppose.

*s/ Pride Doran*
Pride Doran

July 28, 2023

## **CERTIFICATE OF FILING**

      This shall serve as notice that all parties of record who have filed appearances in this matter have been served with this filing pursuant to CM/ECF.

*s/ Pride Doran*
Pride Doran

This 28th day of July 2023