UNITED STAES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ABBY OWENS, ET AL.
                             CASE NO.: 3:21-cv-00242
                             DIVISION WBV-SDJ
VERSUS                      JUDGE WENDY B. VITTER
                             MAG. JUDGE JOHNSON
                             JURY DEMANDED

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * *

DAY 1 OF THE DEPOSITION OF

JENNIE STEWART

TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA 70801, ON

NOVEMBER 9, 2022, BEGINNING AT 9:03 A.M.

REPORTED BY:
    JENNIFER W. PICKETT
    CERTIFIED COURT REPORTER
    CERTIFICATE NUMBER 29011

```
 1         you working?
 2   A     It was limited because in 2014 I became a
 3         mom.  So, there was some good limit
 4         imposed by the little lady who needed to
 5         eat and to be picked up.  But I would go
 6         to my regular work hours and then I would
 7         review reports or have conversations,
 8         communicate with staff members after-
 9         hours and weekends so it was certainly
10         exceeding those in-office hours.
11   Q     I'm going to go now to, let's see -- I
12         think a lot of the stuff we already
13         covered as well so I'm not going to make
14         you go through this twice. I want to talk
15         to you about this piece, we're on page
16         sixteen of the Husch Blackwell report and
17         we're -- this is where there was some
18         discussion in the report of
19         communications between LSUPD and your
20         office.  So, the first paragraph that I
21         have highlighted there -- it looks like
22         Husch Blackwell had asked the chief of
23         LSUPD about reporting to your office and
24         he was saying that they won't do so
25         without a waiver from the victim.  The
```

```
 1        next paragraph, though, identifies that
 2        they think -- that Husch Blackwell thinks
 3        and then it looks like your office and
 4        the general counsel's office thought that
 5        their interpretation was incorrect and
 6        that they should have been reporting
 7        everything to your office.  So, tell me
 8        about that.  That sounds like that was
 9        probably something that was ongoing
10        during your entire time as Title IX
11        coordinator; is that accurate?
12   A    That is accurate.
13   Q    So what -- this seems like it was just
14        sort of a log jam or something.  Tell me
15        about if you ever raised concerns to
16        anybody about the fact that LSUPD was not
17        reporting incidents to your office?
18   A    Yes.  I inherited the concern and there
19        had been a written -- I don't know if it
20        would be considered an opinion when Jim
21        Marchand was in the role and indicated
22        that it was an erroneous interpretation
23        by our police department about this piece
24        and that information should be shared.
25        Then when it came to me, the issue wasn't
```

```
 1         resolved and I raised it with Tom Skinner
 2         and he had pulled together folks to sit
 3         at the table about this.  Some folks from
 4         general counsel under his supervision,
 5         LSUPD, and we talked about it and there
 6         was no resolution.  The stance was well
 7         we'll just have people sign the waiver if
 8         they want to and I said that that's not
 9         it.  This is not an option.  This is a
10         requirement.  These are responsible
11         employees. So, it just persisted with no
12         resolution and I probably badgeringly so,
13         would write to the chief when something
14         might become known to us later indicating
15         this is one of the things that you should
16         have known and I never got a response
17         from him.
18   Q     Help me understand the organizational
19         structure of -- wouldn't the president or
20         the general counsel's office have had the
21         authority to tell him you need to do
22         this?
23   A     Well, I think one of the challenges that
24         was presented was that they could be
25         told, meaning general counsel, PD or
```

```
 1        myself, we didn't know what we didn't
 2        know until it might have later come to
 3        light so if something wasn't shared, we
 4        couldn't know what we didn't know
 5        although we knew that the stance was
 6        this.  You couldn't present evidence
 7        about those things that had not yet been
 8        shared.
 9   Q    I guess my question is just more sort of
10        organizationally.  Wouldn't the
11        president's office or general counsel's
12        office have had the authority to say to
13        LSUPD, you have to do this and then they
14        would have had to comply or am I
15        misunderstanding the organizational
16        structure?
17   A    No, I think ultimately that's what was
18        done by general counsel, to say you've
19        misinterpreted, this is wrong, it will be
20        shared.
21   Q    And then they just still didn't do it?
22   A    They did not.  Eventually it did get to a
23        point where my understanding is that
24        LSUPD is now sharing but this was five
25        years that I went through where it was
```

```
 1        not resolved and it preceded me.
 2   Q    So, do you know -- you may not know --
 3        but do you know why the institution would
 4        put up with a police department that
 5        wasn't following the directives from its
 6        general counsel's office?
 7   A    I don't know.  I have the same question
 8        and I don't know that I have an answer
 9        for that.
10   Q    Got it.  We talked a little bit about
11        athletics and we're going to touch on it
12        again but let me -- and we're going to
13        talk about the OC events later.  So, let
14        me just skip this for now.  We're on page
15        twenty-three here.  I want to talk about
16        the employee Title IX training that was
17        provided by human resource management
18        that they reference here on page twenty-
19        three of the Husch Blackwell report.  Is
20        this the training that you were talking
21        about that was provided through Moodle?
22   A    Correct.
23   Q    Prior to reading the report and learning
24        about what Husch Blackwell had to say
25        about it, how much did you know about
```