```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL
                          CASE NO.: 3:21-CV-00242
                          DIVISION WBV-SDJ
VERSUS                    JUDGE WENDY B. VITTER
                          MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   * * * * * * * * * * * * * * * * * * * * *
              C O N F I D E N T I A L

              30 (b)(6) DEPOSITION OF

   BOARD OF SUPERVISORS OF LOUISIANA STATE

 UNIVERSITY AND AGRECULTURAL AND MECHANICAL

           COLLEGE ("BOARD") through

  JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

         JENNIFER NORMAND, JEFF DEVEER


TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.



REPORTED BY:
     JENNIFER W. PICKETT
     CERTIFIED COURT REPORTER
```

```
1   Q    Got it.  And then you mentioned something
2        about an MOU.  Can you tell me a little
3        bit more about that?
4   A    Yeah.  There was an MOU in-process at the
5        time and actually it is required by state
6        law now.  And I think there was some
7        particular parts to the MOU that were new
8        and so our general counsel's office
9        worked very hard with all of the law
10       enforcement in our area to get one where
11       the information shared easily and
12       appropriately -- easily and when
13       appropriate from the police department --
14       from the LSUPD to the president's office.
15  Q    Just to clarify for the record, when you
16       say MOU, do you mean memorandum of
17       understanding?
18  A    Yes.
19  Q    What changed about how things were
20       handled at that point, in terms of the
21       communications?
22  A    My understanding is there was a
23       disagreement between the police
24       department and LSU as to what could be
25       considered personal information that they
```

|    |   |                                                     |
|----|---|-----------------------------------------------------|
| 1  |   | shouldn't share and I can't speak to the            |
| 2  |   | negotiations and the particulars of what            |
| 3  |   | changed, but I know at the end what                 |
| 4  |   | happened is there is a greater degree of            |
| 5  |   | sharing between the LSUPD and the Title             |
| 6  |   | IX office, specifically, to reach out to            |
| 7  |   | survivors.                                          |
| 8  | Q | **When did that change happen?**                    |
| 9  | A | Let me think for a second.  I believe               |
| 10 |   | that it was in fall of 2021.  It was                |
| 11 |   | certainly after I started in March of               |
| 12 |   | 2021 so I believe it was fall of that               |
| 13 |   | same year but I may have to go back and             |
| 14 |   | look at the date on the MOU.                        |
| 15 | Q | **We kind of took a segue because I wanted**        |
| 16 |   | **to get into that but I'm going to jump**          |
| 17 |   | **back to some of my questions just about**         |
| 18 |   | **your background.  Do you have any**               |
| 19 |   | **professional certificates or licenses or**        |
| 20 |   | **credentials that were relevant to your**          |
| 21 |   | **role as the AVP of the office that you**          |
| 22 |   | **built-out related to Title IX and equity?**       |
| 23 | A | No.  I'm not a subject matter expert and            |
| 24 |   | so I have no certifications in the                  |
| 25 |   | subject matter.  What I do have is                  |

|    |   |                                                         |
|----|---|---------------------------------------------------------|
| 1  |   | I first started and presented to them,                  |
| 2  |   | one of the board of supervisors said I                  |
| 3  |   | hope there will be an audit at some point               |
| 4  |   | in the future to see how you're doing and               |
| 5  |   | so we thought six months in was a good                  |
| 6  |   | time and so we hired Baker Tilly to do                  |
| 7  |   | that.                                                   |
| 8  | Q | I want to go back now to the 2017 audit.                |
| 9  |   | Who completed that audit?                               |
| 10 | A | I believe -- you know, I don't know.  I                 |
| 11 |   | think it was internal audit at LSU but I                |
| 12 |   | don't know.                                             |
| 13 | Q | What were the results of that audit?                    |
| 14 | A | There were a number of recommendations.                 |
| 15 |   | Frankly, there were more recommendations                |
| 16 |   | for the other campuses than there were                  |
| 17 |   | for A&M.  I remember there was a -- we                  |
| 18 |   | had to look at the policy and update the                |
| 19 |   | policy because federal law had changed.                 |
| 20 |   | The MOU was part of that.  That's the one               |
| 21 |   | I know the least well.  I've read it but                |
| 22 |   | I -- again, most of the recommendations                 |
| 23 |   | were for the other campuses.                            |
| 24 | Q | What were the recommendations for the A&M               |
| 25 |   | from that audit?  I know there weren't                  |

```
 1         very many.
 2  A      Right.  So, the one I remember is the
 3         MOU.  It was to look into that.  At that
 4         time there was -- the sharing between the
 5         LSUPD and the campus was not working the
 6         way that I think everybody felt that it
 7         should.  And so, in the updated MOU,
 8         that's now working well.  The policy, PM
 9         73, which is our policy that guides all
10         of Title IX and any other type of sexual
11         harassment or discrimination that doesn't
12         reach the level of Title IX, that policy
13         needed to be updated and has been updated
14         many times as the law changes.  I think
15         there was one more thing.  I'm sorry.
16         I'm blanking on what that other thing
17         would be.
18  Q      And I forgot to ask you -- did you meet
19         with anybody to prepare for this
20         deposition today?
21  A      Yes.
22  Q      Who did you meet with?
23  A      Molly and -- I'm sorry -- Kristin?
24              MS. GREEN:
25                   Karleen.
```