# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | **CIVIL ACTION NO. 6:22-cv-002089** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |

## PROPOSED ORDER GRANTING LEAVE FOR PLAINTIFFS TO SUSBTITUTE A SECOND AMENDED COMPLAINT

Before the Court is Plaintiffs' Motion seeking leave to file a Second Amended Complaint. As set forth in Plaintiffs' motion, this proposed amendment is based upon newly discovered information, and will not have the effect of delaying or otherwise prejudicing this case as Plaintiffs' First Amended Complaint has only just been filed and no parties have yet answered or otherwise responded to Plaintiffs' First Amended Complaint.

Accordingly, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, this Court hereby grants Plaintiffs leave, and directs the Plaintiffs to, within five (5) days of this Order, file the Second Amended Complaint, which was included as an exhibit to Plaintiffs' Motion.

THUS DONE AND SIGNED at Baton Rouge, Louisiana this _____ day of _____ _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE