## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| M D, ET AL | CIVIL DOCKET NO. 6:22-CV-02089 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 71] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that MOTION TO DISMISS PURSUANT TO RULE 12(B), [Doc. 10], filed by Defendants, Lafayette Police Department (LPD) is GRANTED and that the claims asserted against LPD be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 2ND day of August, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE