UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and | * | CIVIL ACTION |
| JANE DOES 1-100 | * | |
| | * | |
| VERSUS | * | NO.:  6:22-cv-02089-DCJ-DJA |
| | * | |
| LOUISIANA BOARD OF REGENTS, | * | JUDGE: |
| LOUISIANA STATE UNIVERSITY | * | DAVID C. JOSEPH |
| BOARD OF SUPERVISORS, UNIVERSITY | * | |
| OF LOUISIANA BOARD OF | * | MAGISTRATE JUDGE: |
| SUPERVISORS, LAFAYETTE | * | DAVID J. AYO |
| CONSOLIDATED GOVERNMENT, | * | |
| LAFAYETTE POLICE DEPARTMENT, | * | |
| JOSEPH SAVOIE, LES GUICE, FIELDON | * | |
| KING ALEXANDER, TOM GALLIGAN, | * | |
| WILLIAM F. TATE, THOMAS GLOVER, | * | |
| And JOHN/JANE DOE CHIEFS OF | * | |
| POLICE, individually and in their | * | |
| official capacities | * | |

**************************************************************************

**RESPONSE TO COURT ORDER (R. DOC. 68) AND
IN FURTHER SUPPORT OF UL SYSTEM'S
MOTION TO DISMISS BASED ON INSUFFICIENT SERVICE OF PROCESS**

Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("UL System" or "Defendant"), respectfully submits this response to the Court's Order (R. Doc. 68) and in Further Support of its Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5).

The Court ordered Plaintiffs to file into the record proof of notice sent to the attorney general and the ORM. (R. Doc. 68). Plaintiffs complied. (R. Doc. 74). The record now reflects that Plaintiffs only requested service of process upon the Board of Supervisors of the UL System within 90 days. Plaintiffs never requested service of process upon the attorney general. Plaintiffs requested service of process upon ORM, but did not do so within 90 days. Therefore, Plaintiffs'

claims against UL System should be dismissed due to insufficient service of process and lack of jurisdiction.

**Plaintiffs did not provide notice to the attorney general.**

Plaintiffs produced Proof of Service for Louisiana State University Board of Supervisors with service of the summons on Jeff Landry, (R. Doc. 74-1); Proof of Service for Louisiana Board of Regents with service of the summons on Jeff Landry, (R. Doc. 74-2); and Proof of Service for University of Louisiana System Board of Supervisors with service of summons on "Kecia Neal (Business Operations Director), who is designated by law to accept service of process on behalf of University of Louisiana System Board of Supervisors c/o A Gregory Rome or person authorized to accept service at Louisiana Office of Risk Management," (R. Doc. 74-3). Plaintiffs did not produce proof of service for UL System with service on the attorney general.

Plaintiffs argue that they were not required to request service of process upon the attorney general because La. Rev. Stat. 13:5107(A)(1) is phrased in the permissive. As set forth in Defendant's prior briefing, a reading of the *entire* statute currently in effect reflects that the failure to request service on *all* entities *requires* dismissal. *Thibodeaux v. City of Rayne*, No. 13-3073 (W.D. La. 8/20/2014), 2014 WL 4181471, at *3 (citing *Cruz v. Louisiana ex rel. Dept. of Public Safety and Corrections*, 528 F.3d 375, 381 (5th Cir. 2008) (noting that Louisiana courts have held that § 13:5107D is mandatory)). *See Calbert v. Batiste*, 2012-852 (La. App. 3 Cir. 2/6/13), 109 So. 3d 505, 508 (dismissing petition without prejudice where plaintiff served the attorney general but failed to serve the head of DOTD and ORM as required by statute).

Based upon the legal analysis and showing made by UL System in its original motion (R. Doc. 41-2), its reply (R. Doc. 55), and above, Plaintiffs did not properly serve UL System and all claims against it should be dismissed as a matter of law.

**Plaintiffs did not timely provide notice to the ORM.**

Louisiana Revised Statute 29:1538 mandates service of process upon the Office of Risk Management ("ORM"). Louisiana Revised Statute 29:1538 is not phrased in the permissive; rather, it is stated in the conjunctive, requiring Plaintiffs to request service of process on the attorney general, the board, *and* ORM. Plaintiffs' failure to serve the attorney general renders their Complaint deficient.

The record further reflects that service was requested upon ORM beyond the ninety days within which Plaintiffs must request service. Service upon ORM was untimely. *All* three entities must be timely served.

The law requires that Plaintiffs' suit against Defendant be dismissed. *Thibodeaux, supra; Cruz, supra;* La. R.S. 13:5107.

**UL System's motion is not moot.**

Based on the foregoing, as well as Defendant's prior briefing, Defendant's motion is not moot. Plaintiffs' Complaint against UL System should be dismissed without prejudice. *See Bernard v. Lafayette City Police Dep't,* 2016-361 (La. App. 3 Cir. 11/16/16)(unpublished opinion), 2016 WL 6778714 (affirming dismissal of lawsuit without prejudice after plaintiff failed to comply with order of court requiring compliance with La. R.S. 39:1538 and La. R.S. 13:5107).

WHEREFORE, based on the foregoing facts and legal authority, Defendant THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM respectfully requests that this Court sustain this motion and issue an order as prayed for herein.

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By: /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Catherine S. Giering (#26495)
Email: cgiering@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Baton Rouge, Louisiana 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

*Certificate of Service on Following Page*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 9th  day of August, 2023

/s/ Andrew Blanchfield
Andrew Blanchfield, T.A.
