**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| M.D., et al. | § | C/A NO. 6:22-cv-002089-DCJ-DJA |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, | § | |
| LOUISIANA STATE UNIVERSITY | § | MAGISTRATE JUDGE DAVID J. |
| BOARD OF SUPERVISORS, et al. | § | AYO |
| | § | |
| | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE DEADLINE**
**TO SERVE THE LOUSIANA ATTORNEY GENERAL**
**AND OFFICE OF RISK MANAGEMENT WITH COPIES**
**OF THE SUMMONS AND COMPLAINT SPECIFIC TO**
**EACH STATE AGENCY DEFENDANT**

Before the Court is Plaintiffs' Motion seeking leave to serve the AG and ORM with multiple copies of the operative complaint in this matter. The relief requested is soundly within the discretion of the District Court.

Accordingly, and pursuant to 4(m) and L.R. 7, this Court hereby grants Plaintiffs leave, and directs that Plaintiffs have through September 5, 2023 to file the Affidavits of Service for the AG and ORM on behalf of each of the named Defendants, all of whom have already been served.

THUS DONE AND SIGNED at Baton Rouge, Louisiana this _____ day of _____ _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE