# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., et al. | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, et al. | § | |
| | § | MAGISTRATE JUDGE DAVID J. AYO |
| | § | |

## PROPOSED ORDER

Considering the Motion to Dismiss Plaintiffs' First Amended Complaint (Rec. Doc. 70), pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants, Fieldon King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendants, Fieldon King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV, be and is hereby GRANTED,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs', M.D., P.P., J.B., and Jane Does 1-100, claims against Defendants, Fieldon King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV are hereby DISMISSED, and at Plaintiffs' sole cost.

THUS DONE AND SIGNED at Lafayette, Louisiana this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT COURT JUDGE