## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 6:22-CV-02089-DCJ-DJA

Plaintiff:
**M.D., J.B., P.P, and Jane Does 1-100**

vs.

Defendant:
**Louisiana Board of Regents, Louisiana State University Board of Supervisors, University of Louisiana System Board of Supervisors, Lafayette Consolidated Government; et al.**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Louisiana State University Board of Supervisors c/o Honorable Jeff Landry, Attorney General, State of Louisiana, 1185 North Third Street, Baton Rouge, LA 70802**.

I, Amy Donarski, being duly sworn, depose and say that on the **17th day of August, 2023** at **4:16 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Letter; First Amended Complaint** to: **Jennifer Hebert** as **Authorized to accept** for **Louisiana State University Board of Supervisors c/o Honorable Jeff Landry, Attorney General, State of Louisiana**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 250, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the _____ day of _____, 20___ by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE

Amy Donarski
9510-030119-LA
Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2023002167

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r