## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 6:22-CV-02089-DCJ-DJA

Plaintiff:
**M.D., J.B., P.P, and Jane Does 1-100**

vs.

Defendant:
**Louisiana Board of Regents, Louisiana State University Board of Supervisors, University of Louisiana System Board of Supervisors, Lafayette Consolidated Government; et al.**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Louisiana State University Board of Supervisors c/o Melissa Harris, Director, Louisiana Office of Risk Management, 1201 North Third Street, Baton Rouge, LA 70802**.

I, Amy Donarski, being duly sworn, depose and say that on the **17th day of August, 2023** at **3:58 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Letter; First Amended Complaint** to: **Vickie Aaron** as **Authorized to accept** for **Louisiana State University Board of Supervisors c/o Melissa Harris, Director, Louisiana Office of Risk Management**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 68, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Blonde/Gray, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of August, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE

Amy Donarski

Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2023002170

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

