UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and | * | CIVIL ACTION |
| JANE DOES 1-100 | * | |
| | * | |
| VERSUS | * | NO.:  6:22-cv-02089-DCJ-DJA |
| | * | |
| LOUISIANA BOARD OF REGENTS, | * | JUDGE: |
| LOUISIANA STATE UNIVERSITY | * | DAVID C. JOSEPH |
| BOARD OF SUPERVISORS, UNIVERSITY | * | |
| OF LOUISIANA BOARD OF | * | MAGISTRATE JUDGE: |
| SUPERVISORS, LAFAYETTE | * | DAVID J. AYO |
| CONSOLIDATED GOVERNMENT, | * | |
| LAFAYETTE POLICE DEPARTMENT, | * | |
| JOSEPH SAVOIE, LES GUICE, FIELDON | * | |
| KING ALEXANDER, TOM GALLIGAN, | * | |
| WILLIAM F. TATE, THOMAS GLOVER, | * | |
| And JOHN/JANE DOE CHIEFS OF | * | |
| POLICE, individually and in their | * | |
| official capacities | * | |

*********************************************************************

## OPPOSITION TO PLAINTIFFS'
## MOTION TO EXTEND THE DEADLINE TO SERVE

Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA

SYSTEM ("UL System" or "Defendant"), respectfully submits this opposition to Plaintiffs'

Motion to Extend the Deadline to Serve the Louisiana Attorney General and Office of Risk

Management with copies of the Summons and Complaint Specific to each State Agency Defendant

(R. Doc. 82).

The Court ordered Plaintiffs to file into the record proof of notice sent to the Attorney

General and the Office of Risk Management ("ORM").  (R. Doc. 68).  Plaintiffs complied.  (R.

Doc. 74).  Plaintiffs did not request service of process upon the Louisiana Attorney General for

service upon UL System.  Plaintiffs requested service of process upon ORM for service upon UL

System, but did not do so within 90 days.  Therefore, Plaintiffs' claims against UL System should

be dismissed due to insufficient service of process and lack of jurisdiction for the reasons set forth in UL System's prior briefing and response to this Court's order at R. Doc. 79.

After UL System and Louisiana State University Board of Supervisors ("LSU") both responded to Plaintiffs' filings, Plaintiffs then filed the instant motion to extend the deadline to serve the Attorney General and the ORM (R. Doc. 82).  UL System viewed this tardy motion as irrelevant.  However, given LSU's recently-filed opposition to Plaintiffs' motion, UL System advises the Court that it also opposes Plaintiffs' motion to extend the deadline for the following reasons.

- Plaintiffs' motion to extend the deadline to serve the Attorney General and ORM was filed *after* Plaintiffs complied with Court Order R. Doc. 68.  If Plaintiffs sought to extend the deadline in order to properly serve Defendants, then Plaintiffs should have sought an extension *before* responding to the Court Order and *before* Defendants briefed, yet again, the insufficiencies of Plaintiffs' attempts to serve Defendants.  FRCP 6(b).  *See also, Broyles v. Guillory*, Civ. A. No. 10-cv-01580, 2012 WL 1015768, at * 2 (WD La. Mar. 2, 2012), *adopted* Civ. A. No. 10-cv-01580, 2012 WL 1015404 (WD La. Mar. 22, 2012)(quoting *U.S. v. McLaughlin*, 470 F.3d 698, 700 (7th Cir. 2006); *Amos v. Joiner*, Civ. A. No. 14-cv-02344, 2015 WL 5826507, at * 1 (WD La. Aug. 31, 2015), *adopted* Civ. A. No. 14-cv-02344, 2015 WL 5837660 (WD La. Oct. 6, 2015).

- Plaintiffs motion seeks additional time to file the Affidavits of Service that correspond with service.  (R. Doc. 82, p. 1).  However, the Affidavits of Service filed into the record (R. Docs. 85-92) are for service of the First Amending Complaint, not the original Complaint.  Plaintiffs are mixing pleadings and service information in its representations to the Court, none of which evidence proper service on UL System.

- Plaintiffs have not shown good cause or excusable neglect in seeking additional time to file (and in actually filing) the Affidavits of Service.  Plaintiffs must show some unexpected or unavoidable hinderance in order to meet the excusable neglect standard.  *Greenup v. LeBlanc*, Civ. A. No. 18-cv-01659, 2020 WL 5735170, at * 2 (WD La. Apr. 28, 2020), *adopted* Civ. A. No. 18-cv-01659, 2020 WL 5733206 (WD La. Sept. 24, 2020).  Plaintiffs have not explained the reason for the insufficient service, the cause of the repeated delay, and/or evidenced good faith efforts to properly and timely serve Defendants.  *Kostmayer Constr., LLC v. Port Pipe & Tube, Inc*., Civ. A. No. 16-1012, 2017 WL 5079181, at * 8 (WD La. Nov. 1, 2017).

- Plaintiffs have had ample and extended time to cure the service defects and not only have failed to do so, but also have failed to show good cause or excusable neglect for their failures.  FRCP 4(m) and (j).

- Plaintiffs' instant motion is only motivated by UL System's and LSU's briefing to the Court of the improper service.  Plaintiffs are making yet another attempt to serve Defendants after UL System and LSU laid out Plaintiffs' repeated failures.  Even then, Plaintiffs' Affidavits of Service reflect service of the newly-ordered First Amended Complaint, not the original Complaint, and do not cure the objections lodged.

- For these reasons, as well as those set forth in UL System's prior briefing on this issue (R. Docs. 41, 55, and 79), UL System opposes Plaintiffs' motion (R. Doc. 82) and seeks dismissal of all claims adverse to UL System.  *See Bernard v. Lafayette City Police Dep't,* 2016-361 (La. App. 3 Cir. 11/16/16)(unpublished opinion), 2016 WL 6778714 (affirming dismissal of lawsuit without prejudice after plaintiff failed to comply with order of court requiring compliance with La. R.S. 39:1538 and La. R.S. 13:5107).

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:     /s/ Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Christopher K. Jones (#28101)
        Email: cjones@keoghcox.com
        C. Reynolds LeBlanc (#33937)
        Email: rleblanc@keoghcox.com
        Catherine S. Giering (#26495)
        Email:  cgiering@keoghcox.com
        Chelsea A. Payne (#35952)
        Email: cpayne@keoghcox.com
        Special Assistant Attorneys General
        701 Main Street (70802)
        Baton Rouge, Louisiana 70802
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612
        *(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

        -and-

**DeCuir, Clark & Adams, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*(Counsel for Defendants, Board of Supervisors of*
*The University of Louisiana System, Joseph Savoie*
*and Les Guice)*


## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 12th day of September, 2023

/s/ Andrew Blanchfield
Andrew Blanchfield, T.A.