Exhibit G

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL

                        CASE NO.: 3:21-CV-00242
                        DIVISION WBV-SDJ
VERSUS                  JUDGE WENDY B. VITTER
                        MAG. JUDGE JOHNSON

BOARD OF SUPERVISORS OF LOUISIANA STATE
UNIVERSITY AND AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL

   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
              C O N F I D E N T I A L

              30 (b)(6) DEPOSITION OF

   BOARD OF SUPERVISORS OF LOUISIANA STATE

  UNIVERSITY AND AGRERCULTURAL AND MECHANICAL

              COLLEGE ("BOARD") through

   JOSH JONES, WENDY NALL, DR. JANE CASSIDY,

           JENNIFER NORMAND, JEFF DEVEER



TAKEN AT PHELPS DUNBAR, 400 CONVENTION

STREET, BATON ROUGE, LOUISIANA, ON APRIL 11,

2023, BEGINNING AT 9:22 A.M.



REPORTED BY:
      JENNIFER W. PICKETT
      CERTIFIED COURT REPORTER

BOARD SUPERVISORS

```
 1    Q    Got it.  And then you mentioned something
 2         about an MOU.  Can you tell me a little
 3         bit more about that?
 4    A    Yeah.  There was an MOU in-process at the
 5         time and actually it is required by state
 6         law now.  And I think there was some
 7         particular parts to the MOU that were new
 8         and so our general counsel's office
 9         worked very hard with all of the law
10         enforcement in our area to get one where
11         the information shared easily and
12         appropriately -- easily and when
13         appropriate from the police department --
14         from the LSUPD to the president's office.
15    Q    Just to clarify for the record, when you
16         say MOU, do you mean memorandum of
17         understanding?
18    A    Yes.
19    Q    What changed about how things were
20         handled at that point, in terms of the
21         communications?
22    A    My understanding is there was a
23         disagreement between the police
24         department and LSU as to what could be
25         considered personal information that they
```

```
 1             shouldn't share and I can't speak to the

 2             negotiations and the particulars of what

 3             changed, but I know at the end what

 4             happened is there is a greater degree of

 5             sharing between the LSUPD and the Title

 6             IX office, specifically, to reach out to

 7             survivors.

 8   Q   When did that change happen?

 9   A   Let me think for a second.  I believe

10             that it was in fall of 2021.  It was

11             certainly after I started in March of

12             2021 so I believe it was fall of that

13             same year but I may have to go back and

14             look at the date on the MOU.

15   Q   We kind of took a segue because I wanted

16             to get into that but I'm going to jump

17             back to some of my questions just about

18             your background.  Do you have any

19             professional certificates or licenses or

20             credentials that were relevant to your

21             role as the AVP of the office that you

22             built-out related to Title IX and equity?

23   A   No.  I'm not a subject matter expert and

24             so I have no certifications in the

25             subject matter.  What I do have is
```

BOARD SUPERVISORS

```
 1           I first started and presented to them,

 2           one of the board of supervisors said I

 3           hope there will be an audit at some point

 4           in the future to see how you're doing and

 5           so we thought six months in was a good

 6           time and so we hired Baker Tilly to do

 7           that.

 8   Q    I want to go back now to the 2017 audit.

 9        Who completed that audit?

10   A    I believe -- you know, I don't know.  I

11        think it was internal audit at LSU but I

12        don't know.

13   Q    What were the results of that audit?

14   A    There were a number of recommendations.

15        Frankly, there were more recommendations

16        for the other campuses than there were

17        for A&M.  I remember there was a -- we

18        had to look at the policy and update the

19        policy because federal law had changed.

20        The MOU was part of that.  That's the one

21        I know the least well.  I've read it but

22        I -- again, most of the recommendations

23        were for the other campuses.

24   Q    What were the recommendations for the A&M

25        from that audit?  I know there weren't
```

1       very many.

2  A   Right.  So, the one I remember is the

3      MOU.  It was to look into that.  At that

4      time there was -- the sharing between the

5      LSUPD and the campus was not working the

6      way that I think everybody felt that it

7      should.  And so, in the updated MOU,

8      that's now working well.  The policy, PM

9      73, which is our policy that guides all

10     of Title IX and any other type of sexual

11     harassment or discrimination that doesn't

12     reach the level of Title IX, that policy

13     needed to be updated and has been updated

14     many times as the law changes.  I think

15     there was one more thing.  I'm sorry.

16     I'm blanking on what that other thing

17     would be.

18  Q   And I forgot to ask you -- did you meet

19     with anybody to prepare for this

20     deposition today?

21  A   Yes.

22  Q   Who did you meet with?

23  A   Molly and -- I'm sorry -- Kristin?

24          MS. GREEN:

25              Karleen.