UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., et al. | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, | § | |
| LOUISIANA STATE UNIVERSITY | § | MAGISTRATE JUDGE DAVID J. |
| BOARD OF SUPERVISORS, et al. | § | AYO |
| | § | |
| | § | |

## PROPOSED ORDER

Considering the Motion to Dismiss Based on Insufficient Service of Process and Lack of Personal Jurisdiction filed by Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Based on Insufficient Service of Process and Lack of Personal Jurisdiction filed by Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, be and is hereby GRANTED,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs', M.D., P.P., and J.B.'s claims against Defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, is hereby DISMISSED, and at Plaintiffs' sole cost.

THUS DONE AND SIGNED at Lafayette, Louisiana this ____ day of _____ 2024.

_____
UNITED STATES DISTRICT COURT JUDGE