UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF LOUISIANA

PLAINTIFF(S):

| | |
|---|---|
| M.D.,1 J.B., P.P, ) C/A No. and JANE DOES 1-100  **Plaintiffs**  VERSUS  LOUISIANA BOARD OF REGENTS, LOUISIANA STATE UNIVERSITY BOARD OF SUPERVISORS, UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS, LAFAYETTE CONSOLIDATED GOVERNMENT, LAFAYETTE POLICE DEPARTMENT, JOSEPH SAVOIE, LES GUICE, FIELDON KING ALEXANDER, TOM GALLIGAN, WILLIAM F. TATE, THOMAS GLOVER, and JOHN/JANE DOE CHIEFS OF POLICE, individually and in their official capacities  **Defendants** | CIVIL ACTION NO. 6:22-cv-02089  DISTRICT JUDGE: David C. Joseph  MAGISTRATE JUDGE: David J. Ayo |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LOUISIANA BOARD OF REGENTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Louisiana Board of Regents, named defendant herein, which moves this Honorable Court to dismiss the claims asserted against it by the plaintiffs herein, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE,** and for the reasons outlined in the attached memorandum in support, Louisiana Board of Regents respectfully prays that this Honorable Court **GRANT** this *Motion to Dismiss*, dismissing the plaintiffs' *Third Amended Complaint* (Doc. 101) as against it, with prejudice.

Respectfully Submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY:   */s/Darren A. Patin*
        **DARREN A. PATIN, #23244**
Special Assistant Attorney General
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 836-6500
Email: dpatin@hmhlp.com
*Counsel for Defendant, Louisiana Board of Regents*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this **10th** day of **MAY, 2024**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Darren A. Patin*
_____
**DARREN A. PATIN**