UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:22-CV-02089 |
| LOUISIANA BOARD OF REGENTS, ET AL | : | JUDGE JOSEPH, MAG. JUDGE AYO |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION OF DEFENDANT FOR LEAVE TO EXCEED PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, comes LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government," and on suggesting to the Court that it has filed this date a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and supporting Memorandum; that the length of its Memorandum in Support of the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted is 34 pages in length, which exceeds the page limitation set forth in Local Rule 7.8; and on further suggesting to the Court that the issues presented in this case required discussion which caused the additional pages, mover respectfully requests leave of Court to file said Memorandum in Support of the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted.

Counsel of record for plaintiffs and co-defendants have been contacted to determine whether they have an objection to the filing of this Motion of Defendant to Exceed Page Limitation; however, as of the filing of this Motion of Defendant to Exceed Page Limitation,

undersigned counsel has not received a response from plaintiffs' counsel.  Counsel for co-defendants have no objection.

                                                              BORNE, WILKES & RABALAIS, L.L.C.

                BY:            s/Joy C. Rabalais
                         JOY C. RABALAIS (26476), T.A.
                         JORDAN JOHN HENAGAN (36206)
                         GRANT R. SCHEXNAILDER (40040)
                         K. ELIZABETH HEINEN (24452)
                         HUNTER B. AHIA (40251)
                         200 West Congress Street, Suite 1000
                         Post Office Box 4305
                         Lafayette, Louisiana  70502-4305
                         Telephone:  (337)  232-1604 Ext. 232
                         Facsimile:  (337) 232-1837
                         E-mail:  rabalais@bornewilkes.com

                         ATTORNEYS FOR LAFAYETTE CITY-PARISH
                         CONSOLIDATED GOVERNMENT, erroneously
                         referred to as "Lafayette Consolidated Government"