UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| M.D., ET AL | : |
| VERSUS | :   CIVIL ACTION NO.: 6:22-CV-02089 |
| LOUISIANA BOARD OF REGENTS, ET AL | :   JUDGE JOSEPH, MAG. JUDGE AYO |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### **ORDER**

CONSIDERING the foregoing Motion of Defendant for Leave to Exceed Page Limitation pursuant to LR 7.8,

IT IS ORDERED that defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government," be and it is hereby granted leave to file its Memorandum in Support of the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted in excess of the page limitation found in LR 7.8.

Lafayette, Louisiana, this _____ day of _____, 2024.

_____
JUDGE