UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| M.D., ET AL | : |
| VERSUS | : CIVIL ACTION NO.: 6:22-CV-02089 |
| LOUISIANA BOARD OF REGENTS, ET AL | : JUDGE JOSEPH, MAG. JUDGE AYO |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## **ORDER**

CONSIDERING the Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted filed by the defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), erroneously referred to as "Lafayette Consolidated Government,"

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted be and is hereby GRANTED, and accordingly, the claims of plaintiffs, M.D., J.B., and P.P., against defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), erroneously referred to as "Lafayette Consolidated Government," are hereby DISMISSED, with prejudice, and at plaintiffs' sole cost.

READ AND SIGNED AT Lafayette, Louisiana, this __ day of _____, 2024.

_____
JUDGE