# THE CAMPUS ACCOUNTABILITY AND SAFETY ACT
# MEMORANDUM OF UNDERSTANDING

### University of Louisiana at Lafayette

### and

### University of Louisiana at Lafayette Police Department, Lafayette Police Department Lafayette Parish Sheriff's Office; District Attorney's Office for the 15th Judicial Court; Broussard Police Department; Scott Police Department; Carencro Police Department; Duson Police Department

## PURPOSE

The Campus Accountability and Safety Act, La. R.S. 17:3399.11, provides that all public institutions of higher education shall enter into a memorandum of agreement with local law enforcement and criminal justice agencies to clearly delineate the responsibilities and share information, in accordance with applicable state and federal confidentiality laws, regarding sexually-oriented criminal offenses, including trends about sexually-oriented criminal offenses against students of the institution.

This Memorandum of Understanding ("MOU") is entered into by and among the Parties for the purpose of delineating responsibilities and sharing information specific to such offenses involving University of Louisiana at Lafayette students as required by the Act. This MOU is intended to memorialize the Parties' commitment to continued cooperation in the prevention of and response to such criminal offenses involving members of the University of Louisiana at Lafayette and Lafayette Parish community.

## PARTIES

This MOU is an agreement between the following:

University of Louisiana at Lafayette ("UL Lafayette")

and

UL Lafayette Police Department ("ULPD"); Lafayette Police Department; Lafayette Parish Sheriff's Office; District Attorney's Office for the 15th Judicial Court; Broussard Police Department; Scott Police Department; Carencro Police Department; Duson Police Department (hereinafter collectively referred to as "Law Enforcement Agencies").

All parties to this MOU may hereinafter be collectively referred to as the "Parties."

## COLLABORATIVE EFFORTS

UL Lafayette, Lafayette Parish criminal justice and law enforcement agencies and Lafayette community-based organizations have also entered into a Memorandum of Understanding to establish a Sexual Assault Response Team ("SART" or "Partners"). SART is a cooperative, collaborative commitment between the partners to support local community response to sexual assault. SART is comprised of Lafayette Parish District Attorney's Office, Lafayette Parish Sheriff's Office, Lafayette Police Department, Broussard Police Department, Scott Police Department, Carencro Police Department, Lafayette Parish Correctional Center, Acadiana Crime Lab, Hearts of Hope, Faith House, and Hearts of Hope Sexual Assault Nurse Examiner Program.

This MOU is not intended to replace the SART MOU, but to supplement and enhance the cooperation between UL Lafayette and the Lafayette Parish criminal justice and law enforcement agencies involving UL Lafayette students consistent with the Campus Accountability and Safety Act.

**University of Louisiana at Lafayette agrees to:**

- Designate a liaison the Title IX Coordinator to serve as the University's contact person and work with ULPD and other Law Enforcement Agencies;
- Maintain communication and contact with ULPD and Law Enforcement Agencies to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with ULPD, Law Enforcement Agencies and others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify ULPD, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on UL Lafayette's campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its UL Lafayette's campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

The University of Louisiana at Lafayette Police Department ("ULPD") agrees to:

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The Lafayette Police Department agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The Lafayette Parish Sheriff's Department agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The District Attorney's Office for the 15th Judicial Court agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The Broussard Police Department agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The Scott Police Department agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

The Carencro Police Department agrees to:

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

**The Duson Police Department agrees to:**

- Designate a liaison to serve as the agency's contact person and work with UL Lafayette's Title IX Coordinator and other Law Enforcement Agencies;
- Maintain communication and contact with UL Lafayette's Title IX Coordinator to the extent that we are able without hampering or jeopardizing our own investigation, including meeting with UL Lafayette's Title IX Coordinator or others to assist UL Lafayette in resolving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused and to promote the proper methods of preservation of evidence;
- Notify UL Lafayette's Title IX Coordinator, to the extent we are able with respect to any confidentiality requirements, of any report of a sexually oriented criminal offense that may have occurred on its campus or involved a student as a victim or an accused;
- Coordinate investigations, to the extent that we are able without hampering or jeopardizing our own investigation, to assure that any reported incident involving sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused is fully investigated;
- Assist in the development and implementation of training for UL Lafayette for sharing information and conducting investigations into sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused;
- Share general information about sexually-oriented criminal offenses that may have occurred on its campus or involved a student as a victim or an accused to improve campus safety;
- Develop and support the policies and procedures to establish and maintain the communication between all signatories to this Memorandum of Understanding.

This agreement may be signed in any number of counterparts, each of which is an original and all of which taken together form one single document. This Memorandum of Agreement is hereby accepted and adopted by the following:

| Entity | Date |
|---|---|
| University of Louisiana at Lafayette | 10/28/16 |
| University of Louisiana at Lafayette Police Department | 9/26/16 |
| Lafayette Police Department | 1-17-17 |
| Lafayette Parish Sheriff's Office | 8-15-17 |
| District Attorney's Office for the 15th Judicial Court | 6-1-2017 |
| Broussard Police Department | 1-10-17 |
| Scott Police Department | 3-27-17 |
| Carencro Police Department | 6/14/17 |
| Duson Police Department | 02-02-17 |