# MEMORANDUM OF AGREEMENT

## LAFAYETTE PARISH SEXUAL ASSAULT RESPONSE TEAM (SART)

This working agreement is recognized as a cooperative, collaborative commitment between each agency listed below, and proof of commitment is acknowledged by the signature of each agency's representative.

In May 2006, with the implementation of Hearts of Hope's Sexual Assault Nurse Examiners Program, it became evident that the creation of a Lafayette parish Sexual Assault Response Team would improve collaborative efforts in the local community response to sexual assault. Prior collaborations among the different agencies have, until that time, been informal and unwritten arrangements. With signature to this Memorandum of Understanding, all representatives are demonstrating a commitment to the process of implementing a SART by agreeing to participate in trainings that would help support the goals and activities of the team and by participating in the SART process as defined below.

All agency representatives acknowledge that they have had the opportunity to review and approve the project's proposed budget and that their input and feedback have been solicited for purposes of inclusion in the proposed project activities.

**The District Attorney's Office of the 15th Judicial District, Lafayette, Louisiana agrees to:**

- Designate a liaison to serve on the Lafayette Parish Sexual Assault Response Team (SART) and to serve as the agency's contact person.
- Use Sexual Assault Nurse Examiners (SANEs) as witnesses during sexual assault trials;
- Provide reasonable notification of upcoming trials to the SANEs who will be called to testify;
- Meet with the SANE prior to a trial to review the case; and
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings;
- Provide, through the Victim Assistance Division, law enforcement assistance with CVC reimbursement;
- Develop and support the policies and procedures to establish and maintain the SART

**The Lafayette Parish Sheriff's Office agrees to:**

- Serve as a fiscal agent for the SART Development and Implementation Project when grant opportunities apply.
- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;

- Refer sexual assault survivors to the Sexual Abuse Response Center (SARC);
- Refer sexual assault survivors to the SANE services as appropriate;
- Provide a case or incident report number;
- Receive forensic evidence that has been collected from the survivor and / or perpetrator.
- Follow law enforcement established protocol regarding evidence collection and storage;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings
- Develop and support the policies and procedures to establish and maintain the SART

**The Lafayette Parish Correctional Center agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Refer sexual assault survivors to the Sexual Abuse Response Center (SARC);
- Refer sexual assault survivors to the SANE services as appropriate;
- Provide a case or incident report number;
- Receive forensic evidence that has been collected from the survivor and / or perpetrator.

- Follow law enforcement established protocol regarding evidence collection and storage;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings
- Develop and support the policies and procedures to establish and maintain the SART

**The Lafayette City Police Department agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Refer sexual assault survivors to the Sexual Abuse Response Center (SARC);
- Refer sexual assault survivors to the SANE services as appropriate;
- Provide a case or incident report number;
- Receive forensic evidence that has been collected from the survivor and / or perpetrator.
- Follow law enforcement established protocol regarding evidence collection and storage;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings

- Develop and support the policies and procedures to establish and maintain the SART

**The University of Louisiana at Lafayette Police Department agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Refer sexual assault survivors to the Sexual Abuse Response Center (SARC);
- Refer sexual assault survivors to the SANE services as appropriate;
- Provide a case or incident report number;
- Receive forensic evidence that has been collected from the survivor and / or perpetrator.
- Follow law enforcement established protocol regarding evidence collection and storage;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings
- Develop and support the policies and procedures to establish and maintain the SART

**The Broussard Police Department agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;

- Refer sexual assault survivors to the Sexual Abuse Response Center (SARC);
- Refer sexual assault survivors to the SANE services as appropriate;
- Provide a case or incident report number;
- Receive forensic evidence that has been collected from the survivor and / or perpetrator.
- Follow law enforcement established protocol regarding evidence collection and storage;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings
- Develop and support the policies and procedures to establish and maintain the SART

**The Hearts of Hope Sexual Abuse Response Center agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Recruit and contract a part-time Sexual Assault Response Team Coordinator who will administer, oversee and / or execute the activities necessary for protocol development and implementation and;
- House and equip the office of the Sexual Assault Response Team Administrator who will coordinate case tracking efforts, maintain regular

communication with team members, and oversee protocol development and implementation;

- Provide a 24 hour a day, 7 day a week hotline for law enforcement to call;
- Refer sexual assault survivors to the SANE services as appropriate;
- Demonstrate a less than one hour response from time of call received to time advocate arrives in the emergency room;
- Follow established protocol with area hospitals for advocates in the emergency and examining room;
- Maintain confidentiality of victims;
- Be available for survivors of all ages, their family members and friends;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings.
- Educate all advocates on the SANE-SART team and processes;
- Develop and support the policies and procedures to establish and maintain the SART

**The Faith House Domestic Abuse Center agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;

- Provide a 24 hour a day, 7 day a week hotline for law enforcement to call;
- Refer sexual assault survivors to the SANE and SARC services as appropriate;
- Maintain confidentiality of victims;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings.
- Develop and support the policies and procedures to establish and maintain the SART

**The Acadiana Crime Lab agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings.
- Develop and support the policies and procedures to establish and maintain the SART

**The Hearts of Hope Sexual Assault Nurse Examiner (SANE) Program agrees to:**

- Designate a liaison to serve on the Sexual Assault Response Team (SART) and to serve as the agency's contact person;
- Demonstrate a less than one hour response from time of call received to time SANE arrives in the emergency room;
- Notify the SARC that a survivor has arrived in the ED;
- Provide the SARC advocate the opportunity to establish a relationship with the survivor(s), if the survivor agrees. This includes survivors of all ages, their family members, and friends;
- Provide sexual assault evidence collection kit;
- Provide consistency in the sexual assault examination of survivors;
- Provide consistency in the evidence collection from perpetrators;
- Provide a copy of evidence collection and all other documentation pertaining to sexual assault exam to law enforcement prior to sealing the kit, if possible;
- Maintain chain of forensic evidence and hand off to law enforcement agent;
- Properly prepare for upcoming hearings;
- Meet with law enforcement investigators and the District Attorney or Assistant District Attorney to review the case;
- Maintain contact with law enforcement investigators and the District Attorney's Office;

- Provide educational in-services to all local hospitals and law enforcement agencies about SANE services; SAEC kit, and the compassionate care of the survivor for first responders;
- Maintain confidentiality of victims;
- Maintain communication and contact with the SART and other involved agencies, including regular participation at the Lafayette Parish SART meetings.
- Develop and support the policies and procedures to establish and maintain the SART

This Memorandum of Agreement is hereby accepted and adopted by the following:

_____   6/18/14
Kevin Ardoin, Laboratory Director, Acadiana Crime Lab    Date

_____   14-MAR-14
Jim Craft, Chief, Lafayette Police Department    Date

_____   4-16-14
Brannon Decou, Chief, Broussard Police Department    Date

_____   _____
Jill Dugas, Executive Director, Hearts of Hope    Date

_____   3-31-14
Mike Harson, District Attorney, 15th Judicial District    Date

_____   5/23/14
Billi Lacombe, Executive Director, Faith House    Date

_____   3-28-14
Mike Neustrom, Sheriff, Lafayette Parish Sheriff's Office    Date

_____   3/25/14
Rob Reardon, Director, Lafayette Parish Correctional Center    Date

_____   7/14/14
E. Joseph Savoie, President, University of Louisiana Lafayette    Date