*Lafayette Police Department* — Incident Report

## Administration Information

| Field | Value |
|---|---|
| Report Number: | 1 6 0 0 3 7 2 4 3 1 0 0 0 |
| Report Type: | T103T |
| Report Date: | 11 / 16 / 2016 |
| Time: | 18 29 |
| District/Zone: | 003 |
| Address: | [redacted] L  Apt: |
| Report Officer 1 - | 13885  RICHARD, JONATHAN |
| Assign Date: | 11 / 16 / 2016 |
| Report Officer 2- | |
| Investigator 1 - | |
| Investigator 2- | |
| Assigned By: | |
| UCR Status: | CE  CLEARED BY EXCEPTION |
| Status Date: | 11 / 16 / 2016 |
| CaseStatus: | CE  CLEARED BY EXCEPTION |
| Status Date: | 11 / 16 / 2016 |

## Primary Offense

| Field | Value |
|---|---|
| Offense Type: | 1400999000  SUPPLEMENTAL NO OFFENSE  [ ] Attempted  [X] Completed |
| Address: | [redacted] L |
| City: | [redacted]  State: LA  Zip: [redacted] |
| District/Zone: | 003 |
| Location Type: | 36_R  SINGLE FAMILY DWELLING |
| Begin Date: | 11 / 16 / 2016  Time: 18 29 |
| End Date: | 11 / 16 / 2016  Time: 18 45 |
| Lighting: | |
| Weather: | |
| Gang Activity: | |
| Bias Motive: | |
| Premises Enter: | |
| Force Used / Home Inv | |
| Point Entry: | |
| Point Exit: | |
| Means Entry: | |
| Tools Used: | |
| Entry Dir: | |
| Exit Dir: | |

Offense flags:
- [ ] B-Buying Receiving
- [ ] C-Cultivation/Manufacturing/Publishing
- [ ] D-Distributing/Selling
- [ ] E-Exploiting Children
- [ ] O-Operating/Promoting/Assisting
- [ ] P-Possessing/Concealing
- [ ] T-Transporting/Transmitting/Importing
- [ ] U-Using/Consuming
- [ ] I-Pos With Intent To Sell
- [ ] X-Other

[ ] Consumed Alcohol  [ ] Photo/Video  [ ] Used Computer Equipment  [ ] Used Drugs  [ ] Prints Lifted

Weapons:

Comments:

*Report approved by Daryl Boudreaux on 11/17/2016*

# Lafayette Police Department

16 - 00372431

## Person Information

- [ ] Victim
- [X] Complainant
- [ ] Suspect
- [ ] Arrestee
- [ ] Witness
- [ ] Prop/Veh Owner
- [ ] Business
- [ ] Financial
- [ ] Government
- [ ] Religious
- [ ] Society
- [ ] Other/Unknown
- [ ] Custodian

| Field | Value |
|---|---|
| Name, Last: | ▓ |
| Name, First: | ▓ |
| MNI #- | 16 00019621 |
| Middle Name: | ▓ |
| Suffix: | |
| Social Security: | ▓ - ▓ - ▓ |
| Date of Birth: | ▓ / ▓ / ▓ |
| Report Age: | ▓ |
| Age From: | ▓ to: ▓ |
| Sex: | F |
| Race: | W |
| Ethnicity: | |
| Height/From: | to: |
| Weight/From: | to: |
| Resident Status: | |
| Eye Color: | |
| Hair Color: | |
| Birth Place (City): | |
| State: | |
| Address: | ▓ ▓ RD L |
| Apt: | |
| Phone: | ▓ - ▓ |
| Hours There/From: | to: |
| City: | ▓ |
| State: | LA |
| Zip Code: | ▓ - |
| Driver License: | ▓ |
| State: | LA |
| Exp Year: | |
| Juvenile: | [ ] |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | - |
| Phone: | ( ) . |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

*Lafayette Police Department*  *16 - 00372431*

## Person Information

☐ Victim  ☐ Complainant  ☒ Suspect  ☐ Arrestee  ☐ Witness  ☐ Prop/Veh Owner  ☐ Business
☐ Financial  ☐ Government  ☐ Religious  ☐ Society  ☐ Other/Unknown  ☐ Custodian

| Field | Value |
|---|---|
| Name, Last: | SILVA |
| Name, First: | VICTOR |
| MNI #: | 08  0008 2745 |
| Middle Name: | |
| Suffix: | |
| Social Security: | 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 |
| Date of Birth: | 02/02/1996 |
| Report Age: | 020 |
| Age From: | 020 to 020 |
| Sex: | M |
| Race: | X |
| Ethnicity: | |
| Height/From: | |
| Weight/From: | |
| Resident Status: | Resident |
| Eye Color: | 803 |
| Hair Color: | BLK |
| Birth Place (City): | |
| State: | |
| Address: | 00204  ENGLEWOOD  WY  L |
| Apt: | |
| Phone: | 337-981-1501 |
| Hours There/From: | |
| | *Additional numbers on file.* |
| City: | LAFAYETTE |
| State: | LA |
| Zip Code: | 70503 |
| Driver License: | 010651063 |
| State: | LA |
| Exp Year: | 2019 |
| Juvenile: | ☐ |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | ULL |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | |
| Phone: | ( ) - |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

| Lafayette Police Department | 16 - 00372431 |
|---|---|

## Narrative

On Wednesday, November 16, 2016 at 1829 hours I, Officer Jonathan Richard made contact with ▮▮▮▮▮▮▮▮▮▮ via telephone in reference to someone black mailing her.

She advised that on this date she received a video text from Mr. Victor Silva on Snap Chat. She advised that the video was of her and Mr. Silva having sex approximately one year prior. She stated that she was not aware that she was being videoed and did not know the video existed. She advised that in the text Mr. Silva stated that he would delete the video in exchange for pictures of her. ▮▮▮▮▮▮▮ stated that she did not wish to pursue charges at this time if Mr. Silva would delete the video. She said that if the video ever surfaced again that she would then pursue charges.

Mr. Silva was contacted by phone (with a number supplied by ▮▮▮▮▮▮▮) and advised that ▮▮▮▮▮▮▮ was requesting that he delete the video or she would pursue charges for video voyeurism. Mr. Silva stated that he would delete the video and that it would not be circulated. Mr. Silva was then advised that if the video ever surfaced again that ▮▮▮▮▮▮▮ would pursue charges for the crime.

## Relationship

**Victim / Offender Relationship:**

| Victim's Name | Suspect's Name | Code | Relationship |
|---|---|---|---|
| | | | |

**Victim / Offense Relationship:**

| Victim's Name | Offense | Description |
|---|---|---|
| | | |

**Suspect / Offense Relationship:**

| Suspect's Name | Offense | Description |
|---|---|---|
| *SILVA,VICTOR* | *1400999000* | *SUPPLEMENTAL NO OFFENSE* |