*Lafayette Police Department* | # Incident Report

## Administration Information

- **Report Number:** 1800234210000
- **Report Type:** 43
- **Report Date:** 08/03/2018  **Time:** 16 42  **District/Zone:** 003
- **Address:** 00900 E UNIVERSITY AV L  **Apt:**
- **Report Officer 1 -** 13800 GAYLE III, JAMES  **Assign Date:** 08/03/2018
- **Report Officer 2 -**  **Assign Date:**
- **Investigator 1 -** 13800 GAYLE III, JAMES  **Assign Date:** 08/03/2018
- **Review Date:**
- **Investigator 2 -**  **Assign Date:**
- **Review Date:**
- **Assigned By:** 13157 TERRO, SHAWN  **Review Date:** 09/03/2018
- **UCR Status:** CE CLEARED BY EXCEPTION  **Status Date:** 08/03/2018
- **CaseStatus:** CE CLEARED BY EXCEPTION  **Status Date:** 08/03/2018

## Primary Offense

- **Offense Type:** 1400430000 THIRD DEGREE RAPE  ☐ Attempted  ☒ Completed
- **Address:** 00900 E UNIVERSITY AV L
- **City:** LAFAYETTE  **State:** LA  **Zip:** -
- **District/Zone:** 003  **Location Type:** 36_R SINGLE FAMILY DWELLING
- **Begin Date:** 08/09/2010  **Time:** 16 42
- **End Date:** 08/09/2010  **Time:** 16 42
- **Lighting:**  **Weather:**  **Gang Activity:**
- **Bias Motive:**  **Premises Enter:**  ☐ Force Used  ☐ Home Inv
- **Point Entry:**  **Point Exit:**  **Means Entry:**
- **Tools Used:**  **Entry Dir:**  **Exit Dir:**

Offense flags:
- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer Equipment  ☐ Used Drugs  ☐ Prints Lifted

- **Weapons:**
- **Comments:**

*Report approved by Shawn Terro on 08/15/2018*

# Lafayette Police Department

18 - 00234210

## Person Information

- [ ] Victim
- [ ] Complainant
- [X] Suspect
- [ ] Arrestee
- [ ] Witness
- [ ] Prop/Veh Owner
- [ ] Business
- [ ] Financial
- [ ] Government
- [ ] Religious
- [ ] Society
- [ ] Other/Unknown
- [ ] Custodian

| Field | Value |
|---|---|
| Name, Last: | SILVA |
| Name, First: | VICTOR |
| MNI #- | 17 00015192 |
| Middle Name: | |
| Suffix: | |
| Social Security: | 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 |
| Date of Birth: | 02/02/1996 |
| Report Age: | 022 |
| Age From: | 022 to: 022 |
| Sex: | M |
| Race: | W |
| Ethnicity: | |
| Height/From: | to: |
| Weight/From: | to: |
| Resident Status: | |
| Eye Color: | |
| Hair Color: | |
| Birth Place (City): | |
| State: | |
| Address: | 00204 ENGLEWOOD DR |
| Apt: | |
| Phone: | 337 344-4140 |
| Hours There/From: | to: |
| | Additional numbers on file. |
| City: | LAFAYETTE |
| State: | LA |
| Zip Code: | 70503 - |
| Driver License: | 10651063 |
| State: | LA |
| Exp Year: | |
| Juvenile: | [ ] |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | - |
| Phone: | ( )  . |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | - - | | |

*Lafayette Police Department*  —  *18 - 00234210*

## Person Information

[X] Victim  [ ] Complainant  [ ] Suspect  [ ] Arrestee  [ ] Witness  [ ] Prop/Veh Owner  [ ] Business
[ ] Financial  [ ] Government  [ ] Religious  [ ] Society  [ ] Other/Unknown  [ ] Custodian

- Name, Last: ▓▓▓
- Name, First: ▓▓
- MNI #- 18 00012650
- Middle Name:
- Suffix:
- Social Security: ▓▓▓ - ▓▓ - ▓▓▓▓
- Date of Birth: ▓▓ / ▓▓ / ▓▓▓▓
- Report Age: ▓
- Age From: ▓ to: ▓
- Sex: F
- Race: W
- Ethnicity:
- Height/From: to:
- Weight/From: to:
- Resident Status:
- Eye Color:
- Hair Color:
- Birth Place (City):
- State:
- Address: ▓▓ ▓▓▓▓▓▓▓ Apt:
- Phone: ▓▓▓ . ▓▓▓▓
- Hours There/From: to:
- City: ▓▓▓▓
- State: LA
- Zip Code: ▓▓▓▓▓ -
- Driver License: ▓▓▓▓▓
- State: LA
- Exp Year:
- [ ] Juvenile
- Comments:

## Employer Information

- Employer's Name:
- Address: Apt:
- City: State: Zip Code: -
- Phone: ( ) .
- Hours From:
- Hours To:
- Start Date: / /

## Alias Information

- Name:
- Date of Birth: / /
- Social Security: - -

- Name:
- Date of Birth: / /
- Social Security: - -

- Name:
- Date of Birth: / /
- Social Security: - -

| Lafayette Police Department | 18 - 00234210 |
|---|---|

### Narrative

Investigative report of Detective James Gayle #800

Case #:
18-234210

Type of crime:
Third degree rape

Victim:


Date/Time of Incident:
Unknown date early August of 2010

Location of Incident:

Property Stolen:
N/A

Injury Sustained:
None

Witnesses:
None

Suspects:
Victor Silva (W/M 02/02/1996)
204 Englewood Drive
Lafayette, La 70503
337-288-0314
337-344-4140

Suspect Vehicle:
N/A

Notifications Made:
None

Evidence:
None

Warrants:
None

Synopsis:
Victim arrived to the Lafayette Police Department to report an alleged rape that occurred in 2010 when the victim was 14.  The victim stated that the suspect was also 14 and it occurred at the suspect's residence.  An audio recorded statement was provided.  This case is being forwarded to the District Attorney's office for review.

Related Cases:
18-124110; 14-343815

Lafayette Police Department | 18 - 00234210

## Narrative

Narrative:
On August 3, 2018, I met with ▓▓▓▓▓▓ at the Lafayette Police Department in reference to an alleged rape that occurred in 2010. ▓▓▓▓▓▓ advised that in 2010 she and the suspect Victor Silva were both 14 years of age.

▓▓▓▓▓▓ stated that she observed several females posting to a social media site about Mr. Silva which provided her with the courage to file a report against Mr. Silva. ▓▓▓▓▓▓ advised that the rape occurred at Mr. Silva's parent's house 204 Englewood Drive, just before freshman orientation at ▓▓▓▓▓▓.

▓▓▓▓▓▓ agreed to provide a detailed audio statement of the events that occurred during the alleged rape. The following are notes from her audio statement:
- ▓▓▓ met with Mr. Silva at his parent's house before freshman orientation
- ▓▓▓ stated that Mr. Silva kissed her and that she did not say no
- ▓▓▓ stated that he then asked her to go to his parents room which she agreed
- ▓▓▓ advised that Mr. Silva began undressing her but she stated she was embarrassed due to the panties that she was wearing
- ▓▓▓ stated that she told Mr. Silva "no" and that she "didn't want to"
- ▓▓▓ stated that she was undressed when she made those statements and that Mr. Silva was on top of her
- ▓▓▓ stated that Mr. Silva put his hands on her shoulder and kept saying "trust me."
- ▓▓▓ advised that she attempted to get Mr. Silva off of her but it did not work
- ▓▓▓ advised that she only remembers pain and nothing else

The recording was then paused due to ▓▓▓▓▓▓ being in an emotional state. During the first recording ▓▓▓▓▓▓ advised that she doesn't remember a lot of the incident because she gets "spacy."

The interview resumed after a brief pause and ▓▓▓▓▓▓ was asked more details about the event. The following are notes from the rest of the interview:
- ▓▓▓ advised that she knew Mr. Silva through Facebook and arranged the meeting via Facebook messenger
- ▓▓▓ stated that she was just looking for a friend
- ▓▓▓ again advised that she consented to the kissing
- ▓▓▓ stated that Mr. Silva performed consensual oral sex on her before going to his parent's bedroom but she stopped it due to it starting to feel uncomfortable
- ▓▓▓ advised if she would have gave him oral sex it would have been after he performed oral sex on her
- ▓▓▓ could not remember if she performed oral sex on Mr. Silva prior to going to his parent's bedroom but it was possible
- ▓▓▓ agreed to go with Mr. Silva to his parent's bedroom approximately 30 minutes after oral sex
- ▓▓▓ explained that she did not leave because she was lonely and was looking for a friend which was decided during her many years of counseling
- ▓▓▓ advised that she followed him into his parent's bedroom
- ▓▓▓ stated she sat down on the corner of the bed and they began to kiss
- ▓▓▓ advised that Mr. Silva then undressed her and undressed himself while kissing
- ▓▓▓ stated that they stopped kissing when he pulled her underwear off
- ▓▓▓ advised that she became embarrassed and that she did not want to be in the room anymore
- ▓▓▓ stated that Mr. Silva then slowly pushed her down onto the bed and starts kissing her again
- ▓▓▓ stated that she was building up the courage to say no and when finally on her back she stated "no I don't want to"
- ▓▓▓ stated that Mr. Silva started searching through a drawer for a condom and that's

| Lafayette Police Department | 18 - 00234210 |
|---|---|

## Narrative



when she knew he wanted to have sex with her
▮ advised that Mr. Silva only stated "trust me"
▮ stated that he kept stating "trust me" and she continues saying "no" and at one point attempts to push him away with her knees
▮ advised that she finally stopped fighting back, opened her legs, and Mr. Silva inserted his penis into her vagina
▮ stated that the sex hurt and that she was "dry"
▮ advised that she blacked out after he inserted his penis and can't remember what happened next
▮ believes the sex lasted approximately 15 min and that she felt as though she wasn't in her body anymore
▮ advised that the dog ran into the room barking
▮ stated that Mr. Silva pulled out and ejaculated on the bed and ground
▮ stated that she told Mr. Silva that she had to go, left the residence, and walked to her friend's house
▮ advised that Mr. Silva kissed her after walking her to the door
▮ stated that Mr. Silva contacted her a couple weeks after the incident
▮ advised that a couple years after the incident Mr. Silva contacted her again asking her to hang out which she admitted to going back to his residence a second time
▮ stated that when she realized that he was wanting to have sex with her again she left the residence before any sex occurred
▮ stated that she believes that she was raped due to her telling him "no"

After the interview I explained to ▮ that due to the lapse of time and lack of evidence, I did not feel at this time that I had enough probable cause to make an arrest of Mr. Silva. I also stated to ▮ that I would forward her interview and my report to the District Attorney's office to review. ▮ was then escorted to the lobby of the Lafayette Police Department.

Detective is requesting the District Attorney's Office to review this case for any possible juvenile charges against Mr. Silva for the year 2010.

This case is cleared by exception pending the review by the DA's office.

No further information at this time.

## Relationship

**Victim / Offender Relationship:**

| Victim's Name | Suspect's Name | Code | Relationship |
|---|---|---|---|
| ███████ | *SILVA,VICTOR* | *AQ* | *Victim Was Acquaintance* |

**Victim / Offense Relationship:**

| Victim's Name | Offense | Description |
|---|---|---|
| ███████ | *1400430000* | *THIRD DEGREE RAPE* |

**Suspect / Offense Relationship:**

| Suspect's Name | Offense | Description |
|---|---|---|
| *SILVA,VICTOR* | *1400430000* | *THIRD DEGREE RAPE* |