UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., J.B., P.P., and** | * | |
| **JANE DOES 1-100** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.: 6:22-cv-02089-DCJ-DJA** |
| | * | |
| **LOUISIANA BOARD OF REGENTS,** | * | **JUDGE:** |
| **LOUISIANA STATE UNIVERSITY** | * | **DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS, UNIVERITY** | * | |
| **OF LOUISIANA BOARD OF** | * | **MAGISTRATE JUDGE:** |
| **SUPERVISORS, LAFAYETTE** | * | **DAVID J. AYO** |
| **CONSOLIDATED GOVERNMENT,** | * | |
| **LAFAYETTE POLICE DEPARTMENT,** | * | |
| **JOSEPH SAVOIE, LES GUICE, FIELDON** | * | |
| **KING ALEXANDER, TOM GALLIGAN,** | * | |
| **WILLIAM F. TATE, THOMAS GLOVER,** | * | |
| **And JOHN/JANE DOE CHIEFS OF** | * | |
| **POLICE, individually and in their** | * | |
| **official capacities** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT'S MOTION TO DISMISS
BASED ON INSUFFICIENT SERVICE OF PROCESS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("UL System" or "Defendant"), who responds to Plaintiffs' Third Amended Complaint (R. Doc. 101) as ordered by this Court at R. Doc. 100, and moves this Court to dismiss Plaintiffs' lawsuit pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). In support of this request, Defendant states as follows:

1.

Plaintiffs, M.D., P.P., J.B., and Jane Does 1-100, ("Plaintiffs") filed suit against UL SYSTEM on July 13, 2022.

2.

Plaintiffs served this suit on UL System on October 26, 2022.

3.

Under Federal Rule of Civil Procedure 4(j)(2), a state or state-created governmental organization must be served through its chief executive officer or by serving the summons and the complaint in the manner prescribed by state law.

4.

The manner prescribed by state law, here, is set forth in La. R.S. 13:5107. Specifically, La. R.S. 13:5107 requires that service be made on the attorney general of Louisiana and requested within 90 days of filing suit.

5.

Further, where a plaintiff seeks to recover money damages in tort against the state or a state agency, La. R.S. 39:1538 imposes additional requirements. Under La. R.S. 39:1538 service of the complaint must be made on the Office of Risk Management.

6.

Although Plaintiffs requested service on "University of Louisiana System Board of Supervisors," as of the filing of this motion, they have not properly served the Attorney General or the Office of Risk Management as required by La. R.S. 13:5107 and La. R.S. 39:1538.

7.

Plaintiffs' failure to comply with the service requirements set forth in La. R.S. 13:5107 and La. R.S. 39:1538 renders their Complaint deficient.

8.

"When the requirements for dismissal under La. R.S. 13:5107 are met, dismissal of the action is ***required***." *Thibodeaux v. City of Rayne*, No. 13-3073 (W.D. La. 8/20/2014), 2014 WL 4181471, at *3 (citing *Cruz v. Louisiana ex rel. Dept. of Public Safety and Corrections*, 528 F.3d 375, 381 (5th Cir. 2008) (noting that Louisiana courts have held that § 13:5107D is mandatory)); *Calbert v. Batiste*, 2012-852 (La. App. 3 Cir. 2/6/13), 109 So. 3d 505, 508 (dismissing petition without prejudice where plaintiff served the attorney general but failed to serve the head of DOTD and ORM as required by statute).

9.

Despite the opportunity to do so, Plaintiffs have not satisfied the requirements under the law within the time prescribed by law. Therefore, the law requires that Plaintiffs' suit against UL SYSTEM be dismissed. *Thibodeaux, supra; Cruz, supra;* La. R.S. 13:5107.

10.

Pursuant to this Court's Order, UL System hereby incorporates its prior motion and all related briefing by reference, specifically R. Docs. 41, 55, and 79. (*See* R. Doc. 100, p. 3).

WHEREFORE, based on the foregoing facts and legal authority, Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM respectfully requests that this Court sustain this motion and issue an order as prayed for herein.

*(Signatures on Following Page)*

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By: /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Catherine S. Giering (#26495)
Email: cgiering@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Baton Rouge, Louisiana 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie And Les Guice)*

4

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 10th day of May, 2024.

/s/ Andrew Blanchfield<br>Andrew Blanchfield