UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and | * | |
| JANE DOES 1-100 | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.:  6:22-cv-02089-DCJ-DJA |
| | * | |
| LOUISIANA BOARD OF REGENTS, | * | JUDGE: |
| LOUISIANA STATE UNIVERSITY | * | DAVID C. JOSEPH |
| BOARD OF SUPERVISORS, UNIVERITY | * | |
| OF LOUISIANA BOARD OF | * | MAGISTRATE JUDGE: |
| SUPERVISORS, LAFAYETTE | * | DAVID J. AYO |
| CONSOLIDATED GOVERNMENT, | * | |
| LAFAYETTE POLICE DEPARTMENT, | * | |
| JOSEPH SAVOIE, LES GUICE, FIELDON | * | |
| KING ALEXANDER, TOM GALLIGAN, | * | |
| WILLIAM F. TATE, THOMAS GLOVER, | * | |
| And JOHN/JANE DOE CHIEFS OF | * | |
| POLICE, individually and in their | * | |
| official capacities | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS BASED ON INSUFFICIENT SERVICE OF PROCESS

Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("UL System" or "Defendant"), in response to Plaintiffs' Third Amended Complaint (R. Doc. 101), respectfully submits this Memorandum in Support of its Motion to Dismiss the Complaint filed on behalf of Plaintiffs, M.D., P.P., J.B., pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5).

The Court specifically ordered that Defendants had the right to re-urge their previously-filed motions and could do so by adopting their prior motions by reference.  (R. Doc. 100, p. 3). UL System specifically re-urges its prior Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(5) and incorporates all prior briefing by reference to R. Docs. 41, 55 and 79.

Based on the facts and legal authority set forth in R. Docs. 41, 55, and 79, specifically incorporated herein and as ordered by the Court (R. Doc. 100, p. 3), this Court should issue an order dismissing Plaintiff's operative Complaint without prejudice. *See Bernard v. Lafayette City Police Dep't,* 2016-361 (La. App. 3 Cir. 11/16/16)(unpublished opinion), 2016 WL 6778714 (affirming dismissal of lawsuit without prejudice after plaintiff failed to comply with order of court requiring compliance with La. R.S. 39:1538 and La. R.S. 13:5107).

WHEREFORE, based on the facts and legal authority at R. Docs. 41, 55, and 79, Defendant THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM respectfully requests that this Court sustain this motion and issue an order as prayed for herein.

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By:  /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Catherine S. Giering (#26495)
Email:  cgiering@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Baton Rouge, Louisiana 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*(Counsel for Defendants, Board of Supervisors Of The University Of Louisiana System, Joseph Savoie And Les Guice)*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 10th day of May, 2024.

/s/ Andrew Blanchfield
Andrew Blanchfield