UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and | * | |
| JANE DOES 1-100 | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 6:22-cv-02089-DCJ-DJA |
| | * | |
| LOUISIANA BOARD OF REGENTS, | * | JUDGE: |
| LOUISIANA STATE UNIVERSITY | * | DAVID C. JOSEPH |
| BOARD OF SUPERVISORS, UNIVERSITY | * | |
| OF LOUISIANA BOARD OF | * | MAGISTRATE JUDGE: |
| SUPERVISORS, LAFAYETTE | * | DAVID J. AYO |
| CONSOLIDATED GOVERNMENT, | * | |
| LAFAYETTE POLICE DEPARTMENT, | * | |
| JOSEPH SAVOIE, LES GUICE, FIELDON | * | |
| KING ALEXANDER, TOM GALLIGAN, | * | |
| WILLIAM F. TATE, THOMAS GLOVER, | * | |
| And JOHN/JANE DOE CHIEFS OF | * | |
| POLICE, individually and in their | * | |
| official capacities | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **PROPOSED ORDER**

Considering the Motion to Dismiss Based on Insufficient Service of Process and Lack of Personal Jurisdiction filed by Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Based on Insufficient Service of Process and Lack of Personal Jurisdiction filed by Defendant, the Board of Supervisors of The University of Louisiana System, (R. Docs. 41, 55, and 79,) be and is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs', M.D., P.P., J.B. claims against Defendant, THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, are hereby DISMISSED, and at Plaintiffs' sole cost.

THUS DONE AND SIGNED at Lafayette, Louisiana this ____ day of _____ 2022.

_____
UNITED STATES DISTRICT COURT JUDGE