**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **M.D., J.B., P.P., and JANE DOES 1-100** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.: 6:22-cv-02089-DCJ-DJA** |
| **LOUISIANA BOARD OF REGENTS, LOUISIANA STATE UNIVERSITY BOARD OF SUPERVISORS, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LAFAYETTE CONSOLIDATED GOVERNMENT, LAFAYETTE POLICE DEPARTMENT, JOSEPH SAVOIE, LES GUICE, FIELDON KING ALEXANDER, TOM GALLIGAN, WILLIAM F. TATE, THOMAS GLOVER, And JOHN/JANE DOE CHIEFS OF POLICE, individually and in their official capacities** | * | **JUDGE: DAVID C. JOSEPH**<br>**MAGISTRATE JUDGE: DAVID J. AYO** |

**********************************************************************************

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

NOW INTO COURT, through undersigned counsel, come Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("UL System"),[1] JOSEPH SAVOIE ("Savoie"), and LES GUICE ("Guice"), (collectively "Defendants"), responding to Plaintiffs' Third Amended Complaint (R. Doc. 101) and in accordance with this Court's Order at R. Doc. 100, who move this Court for dismissal of Plaintiffs' claims against it pursuant to FRCP 12(b)(6) based on the following grounds:

[1] UL System separately and previously filed a Motion to Dismiss under Rule 12(b)(2) and 12(b)(5) based upon improper service of process. (R. Docs. 41, 55, and 79). The instant motion under Rule 12(b)(6) is on behalf of UL System, alternatively to its initial motion to dismiss, as well as on behalf of Joseph Savoie and Les Guice. Two separate motions were filed due to the different movers, as well as the fact that if personal jurisdiction is found not to exist against UL System, then its grounds for dismissal under Rule 12(b)(6) are rendered moot. *Kidd v. Monroe Transit System*, Civ. A. No. 19-01596, 2021 WL 537100, at *6 (W.D. La. Jan. 28, 2021).

1.

Plaintiffs' claims against Defendants are prescribed.

2.

Plaintiffs failed to state a claim upon which relief may be granted.

3.

Savoie and Guice are immune from suit based on qualified immunity.

4.

The Court ordered that Defendants have the right to re-urge their motions to dismiss and can do so by adopting their prior motions by reference. (R. Doc. 100, p. 3). Defendants specifically do so here, incorporating R. Docs. 49 and 58.

WHEREFORE, based on the facts and legal authority set forth at R. Docs. 49 and 58, Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, JOSEPH SAVOIE, and LES GUICE respectfully request that this Court sustain this motion and issue an order as prayed for herein.

*Signature Block Continued on Following Page*

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By: /s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Christopher K. Jones (#28101)
Email: cjones@keoghcox.com
C. Reynolds LeBlanc (#33937)
Email: rleblanc@keoghcox.com
Catherine S. Giering (#26495)
Email: cgiering@keoghcox.com
Chelsea A. Payne (#35952)
Email: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950

*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 10th day of May, 2024.

                                                         /s/ Andrew Blanchfield
                                                          Andrew Blanchfield