UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and | * | |
| JANE DOES 1-100 | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.:  6:22-cv-02089-DCJ-DJA |
| | * | |
| LOUISIANA BOARD OF REGENTS, | * | JUDGE: |
| LOUISIANA STATE UNIVERSITY | * | DAVID C. JOSEPH |
| BOARD OF SUPERVISORS, UNIVERSITY | * | |
| OF LOUISIANA BOARD OF | * | MAGISTRATE JUDGE: |
| SUPERVISORS, LAFAYETTE | * | DAVID J. AYO |
| CONSOLIDATED GOVERNMENT, | * | |
| LAFAYETTE POLICE DEPARTMENT, | * | |
| JOSEPH SAVOIE, LES GUICE, FIELDON | * | |
| KING ALEXANDER, TOM GALLIGAN, | * | |
| WILLIAM F. TATE, THOMAS GLOVER, | * | |
| And JOHN/JANE DOE CHIEFS OF | * | |
| POLICE, individually and in their | * | |
| official capacities | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Respectfully submitted,

**LIZ MURRILL**
**Attorney General**

By:   s/Andrew Blanchfield
    Andrew Blanchfield, T.A. (#16812)
    Email: ablanchfield@keoghcox.com
    Catherine S. Giering (#26495)
    Email: cgiering@keoghcox.com
    Special Assistant Attorneys General
    Post Office Box 1151
    Baton Rouge, Louisiana 70821
    Telephone:  (225) 383-3796
    Facsimile:  (225) 343-9612
    *(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., J.B., P.P., and<br>JANE DOES 1-100 | *<br>*<br>* | CIVIL ACTION |
| VERSUS | *<br>* | NO.: 6:22-cv-02089-DCJ-DJA |
| LOUISIANA BOARD OF REGENTS,<br>LOUISIANA STATE UNIVERSITY<br>BOARD OF SUPERVISORS, UNIVERSITY<br>OF LOUISIANA BOARD OF<br>SUPERVISORS, LAFAYETTE<br>CONSOLIDATED GOVERNMENT,<br>LAFAYETTE POLICE DEPARTMENT,<br>JOSEPH SAVOIE, LES GUICE, FIELDON<br>KING ALEXANDER, TOM GALLIGAN,<br>WILLIAM F. TATE, THOMAS GLOVER,<br>And JOHN/JANE DOE CHIEFS OF<br>POLICE, individually and in their<br>official capacities | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE:<br>DAVID C. JOSEPH<br><br>MAGISTRATE JUDGE:<br>DAVID J. AYO |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

NOW INTO COURT, through undersigned counsel, come Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("UL System"),[1] JOSEPH SAVOIE and LES GUICE,[2] respond to Plaintiffs' Third Amended Complaint (R. Doc. 101) and pursuant to this Court's Order at R. Doc. 100, who move for dismissal of Plaintiffs' claims against it pursuant to Fed. R. Civ. P. 12(b)(6) based on the following grounds: (1) Plaintiffs' claims against Defendants are prescribed; (2) Plaintiffs failed to state a claim upon which relief may be granted; and (3) Savoie and Guice are immune from suit based on qualified immunity  Defendants seek

---

[1] UL System separately and previously filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(5) based upon improper service of process.  (R. Docs. 41, 55, and 79).  The instant motion under Rule 12(b)(6) is on behalf of UL System, alternatively to its initial motion to dismiss, as well as on behalf of Joseph Savoie and Les Guice.  Two separate motions were filed due to the different movers, as well as the fact that if personal jurisdiction is found not to exist against UL System, then its grounds for dismissal under Rule 12(b)(6) are rendered moot. *Kidd v. Monroe Transit System*, Civ. A. No. 19-01596, 2021 WL 537100, at \*6 (W.D. La. Jan. 28, 2021).

[2] Joseph Savoie, President of University of Louisiana at Lafayette ("ULL"), and Les Guice, President of Louisiana Technical University ("Tech"), are named in their individual capacities only.

1

dismissal of Plaintiffs' claims against it, with prejudice, for the reasons set forth in its previously-filed motions at R. Docs. 49 and 58.  This Court ordered that the Defendants had the right to re-urge their motions and could do so by adopting their prior motions by reference.  (R. Doc. 100, p. 3).  Defendants specifically do so here, incorporating by reference R. Docs. 49 and 58.

Plaintiffs' claims against UL System, Guice and Savoie, both based upon Title IX and Section 1983, should be dismissed with prejudice as they are prescribed.  The stale, time-barred claims should be dismissed.

If the claims are found to be timely, which is denied, Plaintiffs' claims under Title IX should be dismissed with prejudice for failure to plead a plausible claim upon which relief may be granted.  Plaintiffs' claims under Section 1983 against Guice and Savoie in their individual capacities should be dismissed with prejudice based on qualified immunity.  For these reasons, Plaintiffs' claims should be dismissed with prejudice.

        Respectfully submitted,

        **LIZ MURRILL**
        **Attorney General**

By:     s/Andrew Blanchfield
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Catherine S. Giering (#26495)
        Email: cgiering@keoghcox.com
        Special Assistant Attorneys General
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone:  (225) 383-3796
        Facsimile:  (225) 343-9612
        *(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

        -and-

          **DECUIR, CLARK & ADAMS, L.L.P.**

          s/ Brandon J. DeCuir
          Brandon J. DeCuir (#28014)
          Linda Law Clark (#22305)
          Monica Gant Moton (#27222)
          732 North Boulevard
          Baton Rouge, La 70802
          Tel: 225.346.8716
          Fax: 225.336.1950
          *(Counsel for Defendants, Board of Supervisors of The University of Louisiana System, Joseph Savoie and Les Guice)*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 10th day of May, 2024.

          /s/ Andrew Blanchfield
          Andrew Blanchfield