**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **M.D., J.B., P.P., and** | * | |
| **JANE DOES 1-100** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.:  6:22-cv-02089-DCJ-DJA** |
| | * | |
| **LOUISIANA BOARD OF REGENTS,** | * | **JUDGE:** |
| **LOUISIANA STATE UNIVERSITY** | * | **DAVID C. JOSEPH** |
| **BOARD OF SUPERVISORS, UNIVERSITY** | * | |
| **OF LOUISIANA BOARD OF** | * | **MAGISTRATE JUDGE:** |
| **SUPERVISORS, LAFAYETTE** | * | **DAVID J. AYO** |
| **CONSOLIDATED GOVERNMENT,** | * | |
| **LAFAYETTE POLICE DEPARTMENT,** | * | |
| **JOSEPH SAVOIE, LES GUICE, FIELDON** | * | |
| **KING ALEXANDER, TOM GALLIGAN,** | * | |
| **WILLIAM F. TATE, THOMAS GLOVER,** | * | |
| **And JOHN/JANE DOE CHIEFS OF** | * | |
| **POLICE, individually and in their** | * | |
| **official capacities** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PROPOSED ORDER

Considering the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, JOSEPH SAVOIE, and LES GUICE at R. Docs. 49 and 58,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, JOSEPH SAVOIE, and LES GUICE, be and is hereby GRANTED,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs', M.D., P.P., J.B., claims against Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, JOSEPH SAVOIE, and LES GUICE are hereby DISMISSED, and at Plaintiffs' sole cost.

THUS DONE AND SIGNED at Lafayette, Louisiana this _____ day of _____

2024.

_____
UNITED STATES DISTRICT COURT JUDGE