# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., et al. | § | CIVIL ACTION NO. 6:22-cv-002089 |
| | § | |
| VERSUS | § | |
| | § | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, | § | |
| LOUISIANA STATE UNIVERSITY | § | MAGISTRATE JUDGE DAVID J. |
| BOARD OF SUPERVISORS, et al. | § | AYO |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Defendants Dr. Fieldon King Alexander, Thomas C. Galligan, Jr., and William F. Tate, IV (collectively "Defendants" or "the LSU Presidents"), who respectfully request leave to file a memorandum in support of their Motion to Dismiss the Third Amended Complaint in excess of the twenty-five (25) page limit imposed by Local Rule 7.8, attached hereto as Exhibit "A." Due to the detailed factual allegations, number and complexity of the issues involved in this litigation, Defendant's Memorandum in Support of Motion to Dismiss the Third Amended Complaint is twenty-nine (29) pages.

Counsel of Record has been contacted and none expressed any opposition to this Motion for Leave.

WHEREFORE, Defendant prays that they be granted leave to file a memorandum in support that exceeds the page limitation of Local Rule 7.8 filing.

Respectfully submitted on this the 10th day of May 2024.

Dated: May 10, 2024

Respectfully submitted,
**LIZ MURRILL**
**ATTORNEY GENERAL**

*/s/Elizabeth Bailly Bloch*
**CHRISTINE S. KEENAN** (No. 23293)
**ERIC R. MILLER** (No. 21359)
**ELIZABETH BAILLY BLOCH** (No. 37591)
**MARY KATHRYN GIMBER** (No. 38748)
Special Assistants Attorney General
THE KULLMAN FIRM APLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana  70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
Email: EM@kullmanlaw.com
       CSK@kullmanlaw.com
       EBB@kullmanlaw.com
       MKG@kullmanlaw.com

**COUNSEL FOR DEFENDANTS,**
**Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Thomas C. Galligan, Jr., and William F. Tate, IV**

## **CERTIFICATE**

I hereby certify that I have, on this 10th day of May 2024, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

*/s/ Elizabeth Bailly Bloch*
Elizabeth Bailly Bloch