UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | **CIVIL ACTION NO. 6:22-cv-002089** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

**PROPOSED ORDER**

Considering the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants, Dr. Fieldon King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss pursuant to Rule 12(b)(6) filed by Defendants, Dr. Fieldon, King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV, be and is hereby GRANTED,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs', M.D., P.P., J.B.'s, claims against Defendants, Dr. Fieldon King Alexander, Thomas C. Galligan, Jr. and William F. Tate, IV are hereby DISMISSED, and at Plaintiffs' sole cost.

THUS DONE AND SIGNED at Baton Rouge, Louisiana this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT C**