# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | **CIVIL ACTION NO. 6:22-cv-002089** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

## PROPOSED ORDER

Considering the Motion for Leave to File Memorandum in Excess of Page Limit;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to for Leave to File Memorandum in Excess of Page Limit filed by Defendants Dr. Fieldon King Alexander, Thomas C. Galligan, Jr., and William F. Tate, IV be and is hereby GRANTED,

THUS DONE AND SIGNED at Lafayette, Louisiana this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT COURT JUDGE