UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| M.D., ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:22-CV-02089 |
| LOUISIANA BOARD OF REGENTS, ET AL | : | JUDGE JOSEPH, MAG. JUDGE AYO |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION TO WITHDRAW AND ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government," who represents that H. Edward Barousse, III was working with the firm of Borne, Wilkes & Rabalais, L.L.C., counsel for defendant in this matter. H. Edward Barousse, III is no longer working with Borne, Wilkes & Rabalais, L.L.C., and defendant requests that H. Edward Barousse, III be withdrawn as counsel for defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government," in the above-captioned matter.

Additionally, defendant/mover suggests to the Court that Hunter B. Ahia is now working with the firm of Borne, Wilkes & Rabalais, L.L.C., and it desires to retain Hunter B. Ahia as additional counsel of record on its behalf. Mover further suggests that the naming of Hunter B. Ahia as additional counsel of record on its behalf will not in any way retard the progress of these proceedings.

Joy C. Rabalais, Jordan John Henagan, Grant R. Schexnailder and K. Elizabeth Heinen shall remain as counsel of record for defendant.

Therefore, Mover respectfully moves this Court for entry of an Order removing H. Edward Barousse, III as counsel for the above defendant and enrolling Hunter B. Ahia as additional counsel of record on its behalf.

H. Edward Barousse, III has given Borne, Wilkes & Rabalais, L.L.C. permission to submit this motion with his electronic signature.

        Respectfully submitted,

        BORNE, WILKES & RABALAIS, L.L.C.

BY:    s/Joy C. Rabalais
     JOY C. RABALAIS (26476), T.A.
     JORDAN JOHN HENAGAN (36206)
     GRANT R. SCHEXNAILDER (40040)
     K. ELIZABETH HEINEN (24452)
     HUNTER B. AHIA (40251)
     200 West Congress Street, Suite 1000
     Post Office Box 4305
     Lafayette, Louisiana  70502-4305
     Telephone:  (337)  232-1604 Ext. 232
     Facsimile:  (337) 232-1837
     E-mail:  rabalais@bornewilkes.com

     ATTORNEYS FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government"

BY:    s/H. Edward Barousse, III
     H. EDWARD BAROUSSE, III (28310)