UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| M.D., ET AL | : |
| VERSUS | : CIVIL ACTION NO.: 6:22-CV-02089 |
| LOUISIANA BOARD OF REGENTS, ET AL | : JUDGE JOSEPH, MAG. JUDGE AYO |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**ORDER**

CONSIDERING THE FOREGOING Motion to Withdraw and Enroll Counsel of Record filed on behalf of defendant;

IT IS HEREBY ORDERED that said motion be, and the same is, hereby GRANTED and that H. Edward Barousse, III be removed as counsel of record for LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government," in the above-captioned matter.

IT IS FURTHER HEREBY ORDERED that Hunter B. Ahia be enrolled as additional counsel of record for LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, erroneously referred to as "Lafayette Consolidated Government."

IT IS FURTHER HEREBY ORDERED that Joy C. Rabalais, Jordan John Henagan, Grant R. Schexnailder, and K. Elizabeth Heinen shall remain as counsel of record for said defendant.

THUS DONE AND SIGNED this _____ day of _____, 2024, in Lafayette, Louisiana.

_____
JUDGE