*Lafayette Police Department*                                                    # Incident Report

## Administration Information

**Report Number:** 1 6 | 0 0 3 7 2 4 3 1 | 0 0 0                 **Report Type:** T103T

**Report Date:** 1 1 / 1 6 / 2 0 1 6   **Time:** 1 8 2 9       **District/Zone:** 003

**Address:** ▮ | ▮ | ▮ | ▮ | L   **Apt:**

**Report Officer 1 -** 13885   RICHARD, JONATHAN   **Assign Date:** 1 1 / 1 6 / 2 0 1 6

**Report Officer 2-**   **Assign Date:**

**Investigator 1 -**   **Assign Date:**

  **Review Date:**

**Investigator 2-**   **Assign Date:**

  **Review Date:**

**Assigned By:**   **Review Date:**

**UCR Status:** CE   CLEARED BY EXCEPTION   **Status Date:** 1 1 / 1 6 / 2 0 1 6

**CaseStatus:** CE   CLEARED BY EXCEPTION   **Status Date:** 1 1 / 1 6 / 2 0 1 6

## Primary Offense

**Offense Type:** 1400999000   SUPPLEMENTAL NO OFFENSE   ☐ Attempted   ☒ Completed

**Address:** ▮ | ▮ | ▮ | ▮ | L |

**City:** ▮   **State:** L A   **Zip:** ▮▮▮▮▮ - 

**District/Zone:** 003   **Location Type:** 36_R   SINGLE FAMILY DWELLING

**Begin Date:** 1 1 / 1 6 / 2 0 1 6   **Time:** 1 8 2 9

**End Date:** 1 1 / 1 6 / 2 0 1 6   **Time:** 1 8 4 5

**Lighting:**   **Weather:**   **Gang Activity:**

**Bias Motive:**   **Premises Enter:**   ☐ Force Used ☐ Home Inv

**Point Entry:**   **Point Exit:**   **Means Entry:**

**Tools Used:**   **Entry Dir:**   **Exit Dir:**

☐ B-Buying Receiving
☐ C-Cultivation/Manufacturing/Publishing
☐ D-Distributing/Selling
☐ E-Exploiting Children
☐ O-Operating/Promoting/Assisting
☐ P-Possessing/Concealing
☐ T-Transporting/Transmitting/Importing
☐ U-Using/Consuming
☐ I-Pos With Intent To Sell
☐ X-Other

☐ Consumed Alcohol  ☐ Photo/Video  ☐ Used Computer Equipment  ☐ Used Drugs  ☐ Prints Lifted

**Weapons:**

**Comments:**

*Report approved by Daryl Boudreaux  on 11/17/2016*

# Lafayette Police Department

16 - 00372431

## Person Information

- [ ] Victim  [X] Complainant  [ ] Suspect  [ ] Arrestee  [ ] Witness  [ ] Prop/Veh Owner  [ ] Business
- [ ] Financial  [ ] Government  [ ] Religious  [ ] Society  [ ] Other/Unknown  [ ] Custodian  `—`

| Field | Value |
|---|---|
| Name, Last: | ██████ |
| Name, First: | ██████ |
| MNI #- | 1 6 - 0 0 0 1 9 6 2 1 |
| Middle Name: | ██ |
| Suffix: | |
| Social Security: | |
| Date of Birth: | |
| Report Age: | █ |
| Age From: | █ to: █ |
| Sex: | F |
| Race: | W |
| Ethnicity: | |
| Height/From: | to: |
| Weight/From: | to: |
| Resident Status: | |
| Eye Color: | |
| Hair Color: | |
| Birth Place (City): | |
| State: | |
| Address: | ██ ██ ████████ RD L |
| Apt: | |
| Phone: | ████ █ ████ - ████ |
| Hours There/From: | to: |
| City: | ██████ |
| State: | L A |
| Zip Code: | ██████ - |
| Driver License: | ██████ |
| State: | L A |
| Exp Year: | |
| Juvenile | [ ] |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | - |
| Phone: | ( ) - |
| Hours From: | Hours To: |
| Start Date: | / / |

## Alias Information

| Field | Value |
|---|---|
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |

## Lafayette Police Department

16 - 00372431

## Person Information

☐ Victim  ☐ Complainant  ☒ Suspect  ☐ Arrestee  ☐ Witness  ☐ Prop/Veh Owner  ☐ Business

☐ Financial  ☐ Government  ☐ Religious  ☐ Society  ☐ Other/Unknown  ☐ Custodian  ─

| Field | Value |
|---|---|
| Name, Last: | SILVA |
| Name, First: | VICTOR |
| MNI #- | 0 8   0 0 0 8 2 7 4 5 |
| Middle Name: | |
| Suffix: | |
| Social Security: | 0 0 0 - 0 0 - 0 0 0 0 |
| Date of Birth: | 0 2 / 0 2 / 1 9 9 6 |
| Report Age: | 020 |
| Age From: | 020 to: 020 |
| Sex: | M |
| Race: | X |
| Ethnicity: | |
| Height/From: | to: |
| Weight/From: | to: |
| Resident Status: | Resident |
| Eye Color: | 803 |
| Hair Color: | BLK |
| Birth Place (City): | |
| State: | |
| Address: | 00204   ENGLEWOOD   WY   L |
| Apt: | |
| Phone: | 3 3 7   9 8 1 - 1 5 0 1 |
| Hours There/From: | to: |
| | Additional numbers on file. |
| City: | LAFAYETTE |
| State: | L A |
| Zip Code: | 7 0 5 0 3 - |
| Driver License: | 010651063 |
| State: | L A |
| Exp Year: | 2019 |
| | ☐ Juvenile |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | ULL |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | - |
| Phone: | (    )    - |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Field | Value |
|---|---|
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |
| Name: | |
| Date of Birth: | / / |
| Social Security: | - - |

| *Lafayette Police Department* | *16 - 00372431* |
|---|---|

## Narrative

On Wednesday, November 16, 2016 at 1829 hours I, Officer  Jonathan Richard made contact with ███████████████ via telephone in reference to someone black mailing her.

She advised that on this date she received a video text from Mr. Victor Silva on  Snap Chat. She advised that the video was of her and Mr. Silva having sex approximately one year prior. She stated that she  was not aware that she was being videoed and did not know the video existed. She advised that in the text Mr. Silva stated that he would delete the video in exchange for pictures of her. ████████████ stated that she did not wish to pursue charges at this time if Mr. Silva would delete the video. She said that if the video ever surfaced again that she would then pursue charges.

Mr. Silva was contacted by phone (with a number supplied by ████████████) and advised that ███████ was requesting that he delete the video  or she would pursue charges for video voyeurism. Mr. Silva stated that he would delete the video and that it would not be circulated. Mr. Silva was then advised that if the video ever surfaced  again that ████████████ would pursue charges for the crime.

## Relationship

**Victim / Offender Relationship:**

| Victim's Name | Suspect's Name | Code | Relationship |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Victim / Offense Relationship:**

| Victim's Name | Offense | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Suspect / Offense Relationship:**

| Suspect's Name | Offense | Description |
|---|---|---|
| SILVA,VICTOR | 1400999000 | SUPPLEMENTAL NO OFFENSE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |