**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **M.D., et al.** | § | **C/A NO. 6:22-cv-002089-DCJ-DJA** |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

**PROPOSED ORDER**

Considering the Motion to Dismiss by Defendant Lafayette City Parish Consolidated Government,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss be and is hereby DENIED and that Plaintiffs' M.D., P.P. and J.B.'s claims against Defendant Lafayette City Parish Consolidated Government shall proceed forward.

THUS DONE AND SIGNED at Lafayette, Louisiana this _____ day of _____ _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE