UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **M.D., et al.** | § | C/A NO. 6:22-cv-002089-DCJ-DJA |
| | § | |
| **VERSUS** | § | |
| | § | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS,** | § | |
| **LOUISIANA STATE UNIVERSITY** | § | **MAGISTRATE JUDGE DAVID J.** |
| **BOARD OF SUPERVISORS, et al.** | § | **AYO** |
| | § | |
| | § | |

## PROPOSED ORDER

Considering the Motion to Dismiss by Defendant Board of Regents,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss be and is hereby DENIED and that Plaintiffs' M.D., P.P. and J.B.'s claims against Defendant, the Board of Regents shall proceed forward.

THUS DONE AND SIGNED at Lafayette, Louisiana this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE