## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 6:22-CV-02089-DCJ-DJA

Plaintiff:
**M.D., J.B., and P.P.**

vs.

Defendant:
**Lousiana Board of Regents, Louisiana State University Board of Supervisors, University of Louisiana System Board of Supervisors, Lafayette Consolidated Government, Joseph SAvoie, Les Guice, Fieldon King Alexander, Tom Galligan, William F. Tate, Toby Aguillard, and John/Jane Doe Chiefs of Police**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Lafayette Consolidated Government c/o Melissa Harris, Director, Louisiana Office of Risk Management, 1201 North Third Street, Baton Rouge, LA 70802**.

I, Amy Donarski, being duly sworn, depose and say that on the **16th day of May, 2024** at **12:07 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Letter; Proposed Third Amended Complaint; Exhibits A-G** to: **Erika Pattman** as **Admin B Specialist/Authorized to Accept** for **Lafayette Consolidated Government c/o Melissa Harris, Director, Louisiana Office of Risk Management**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 120, Hair: Black/Red, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the ____ day of _____, 20__ by the affiant who is personally known to me.

NOTARY PUBLIC
EXP DATE

**Amy Donarski**

Palmetto Legal Gophers, LLC
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2024001329

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V9.0a

