UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **M.D., J.B., P.P., and JANE DOES 1-100** | **CIVIL ACTION NO.: 6:22-cv-02089-DCJ-DJA** |
| **VERSUS** | **JUDGE: DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS, LOUISIANA STATE UNIVERSITY, BOARD OF SUPERVISORS, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LAFAYETTE CONSOLIDATED GOVERNMENT, LAFAYETTE POLICE DEPARTMENT, JOSEPH SAVOIE, LES GUICE, FIELDON KING ALEXANDER, TOM GALLIGAN, WILLIAM F. TATE, THOMAS GLOVER, and JOHN/JANE DOE CHIEFS OF POLICE, individually and in their official capacities** | **MAGISTRATE JUDGE: DAVID J. AYO** |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** Defendants, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LES GUICE and JOSEPH SAVOIE, who move to enroll Corey L. Pierce, Bar Roll No.: 24601 from the law firm of DeCuir, Clark & Adams, L.L.P., 732 North Boulevard, Baton Rouge, Louisiana 70802 as additional counsel of record in the above-referenced matter.

1.

Mr. Corey L. Pierce is a member in good standing of the Louisiana Bar Association and is licensed to practice law in all Courts that fall within the jurisdiction of the State of Louisiana.

**WHEREFORE** Defendants, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LES GUICE and JOSEPH SAVOIE, respectfully request an Order be issued

allowing Corey L. Pierce from the law firm of DeCuir, Clark & Adams, L.L.P. to enroll in this litigation as additional counsel of record.

                                                                             RESPECTFULLY SUBMITTED:

                                                       **DECUIR, CLARK & ADAMS, L.L.P.**

By:   */s/ Brandon J. DeCuir*
        BRANDON J. DeCUIR, La. Bar Roll No.: 28014
        MONICA G. MOTON, La. Bar Roll No.: 27222
        COREY L. PIERCE, La. Bar Roll No.: 24601
        732 North Boulevard
        Baton Rouge, Louisiana 70802
        Telephone:   225.346.8716
        Facsimile:    225.336.1950
        E-mail:       Brandon@decuirlaw.com
        *Counsel for University of Louisiana Board of Supervisors*

**<u>Designated email address for SERVICE ONLY:</u>**
service@decuirlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this *Motion to Enroll Additional Counsel of Record* was filed electronically using the Court's CM/ECF system on this 5TH day of June, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        */s/ Brandon J. DeCuir*
                                        **BRANDON J. DeCUIR**