UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **M.D., J.B., P.P., and JANE DOES 1-100** | **CIVIL ACTION NO.: 6:22-cv-02089-DCJ-DJA** |
| **VERSUS** | **JUDGE: DAVID C. JOSEPH** |
| **LOUISIANA BOARD OF REGENTS, LOUISIANA STATE UNIVERSITY, BOARD OF SUPERVISORS, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LAFAYETTE CONSOLIDATED GOVERNMENT, LAFAYETTE POLICE DEPARTMENT, JOSEPH SAVOIE, LES GUICE, FIELDON KING ALEXANDER, TOM GALLIGAN, WILLIAM F. TATE, THOMAS GLOVER, and JOHN/JANE DOE CHIEFS OF POLICE, individually and in their official capacities** | **MAGISTRATE JUDGE: DAVID J. AYO** |

## ORDER

**CONSIDERING** the above and foregoing *Motion to Enroll Additional Counsel of Record* by the Defendant, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LES GUICE and JOSEPH SAVOIE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' request to enroll Corey L. Pierce from the law firm of DeCuir, Clark & Adams, L.L.P. as counsel of record is **GRANTED**.

**THUS DONE AND SIGNED** this _____ day of June, 2024 in Lafayette, Louisiana.

_____
**HONORABLE JUDGE DAVID J. AYO**
