## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**M.D., J.B., P.P., and JANE DOES 1-100**    **CIVIL ACTION NO.: 6:22-cv-02089-DCJ-DJA**

**VERSUS**    **JUDGE: DAVID C. JOSEPH**

**LOUISIANA BOARD OF REGENTS,**    **MAGISTRATE JUDGE: DAVID J. AYO**
**LOUISIANA STATE UNIVERSITY,**
**BOARD OF SUPERVISORS,**
**UNIVERSITY OF LOUISIANA**
**BOARD OF SUPERVISORS,**
**LAFAYETTE CONSOLIDATED**
**GOVERNMENT, LAFAYETTE**
**POLICE DEPARTMENT, JOSEPH**
**SAVOIE, LES GUICE, FIELDON KING**
**ALEXANDER, TOM GALLIGAN,**
**WILLIAM F. TATE, THOMAS**
**GLOVER, and JOHN/JANE DOE**
**CHIEFS OF POLICE, individually and**
**in their official capacities**

---

## ORDER

---

**CONSIDERING** the above and foregoing *Motion to Enroll Additional Counsel of Record* by the Defendant, UNIVERSITY OF LOUISIANA BOARD OF SUPERVISORS, LES GUICE and JOSEPH SAVOIE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' request to enroll Corey L. Pierce from the law firm of DeCuir, Clark & Adams, L.L.P. as counsel of record is **GRANTED**.

**THUS DONE AND SIGNED** this 7th day of June, 2024 in Lafayette, Louisiana.

_____
David J. Ayo
United States Magistrate Judge