UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| M.D., et al. | CIVIL ACTION NO. 6:22-cv-02089 |
| Plaintiffs, | |
| v. | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS, LOUISIANA STATE UNIVERSITY BOARD OF SUPERVISORS, et al., | MAGISTRATE JUDGE DAVID J. AYO |
| Defendants. _____/ | |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address:   500 E. Michigan Ave., Suite 130, Lansing, MI 48912

New address:  325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date:  December 20, 2024                           Respectfully submitted,

**s/ Elizabeth K. Abdnour**
Elizabeth K. Abdnour
ABDNOUR WEIKER, LLP
Attorney for Plaintiffs
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com

1

## **CERTIFICATE OF SERVICE**

 I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

            */s/ Elizabeth K. Abdnour*
            Elizabeth K. Abdnour