UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| M. D., ET AL | CIVIL CASE NO. 6:22-CV-02089 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LOUISIANA BOARD OF REGENTS ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record noting the OBJECTIONS TO REPORT AND RECOMMENDATIONS [Doc. 144] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 143] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that that the MOTIONS TO DISMISS [Docs. 102, 103, 105, 106, 115, and 118] be GRANTED and that all such claims be DISMISSED WITH PREJUDICE as prescribed. To the extent any Defendant did not seek dismissal based on prescription, this Court dismisses said claims *sua sponte*. To the extent the motions seek dismissal on any other basis under Rule 12, the motions are DENIED AS MOOT.

THUS DONE AND SIGNED in Chambers on this 31st day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE